## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 20-CV-23230-CMA

Plaintiff:
**Angela Milner, Shakir Williams, Rasheedah Mays, Ameera Brewer**

vs.

Defendant:
**Teri Galardi**

For:
Astrid Gabbe
The Law Office of Astrid E. Gabbe, P.A.
P.O. Box 4216
Hollywood, FL 33083

Received by Ancillary Legal Corporation on the 6th day of August, 2020 at 4:08 pm to be served on **Teri Galardi, 2146 GA-42, Jackson, GA 30233**.

I, Travis Turner, being duly sworn, depose and say that on the **12th day of August, 2020** at **9:00 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Plaintiffs' Complaint for Violating Article X, Section 24 of the Florida Constitution and the Florida Minimum Wage Act, Attached Exhibits 1 through 10, Civil Cover Sheet, and Summons in a Civil Action to co-resident who did not provide name** as **co-resident** at the address of: **2146 GA-42, Jackson, GA 30233**, the within named person's usual place of **Abode**, who resides therein, and is a person of suitable age and discretion.

**Additional Information pertaining to this Service:**
8/12/2020 9:00 am  Dropped service at 2146 GA-42, Jackson, GA  30233, Caucasian male who looked to be in his seventies came outside and confirmed that the defendant lives at the residence. This individual would not give me his name nor confirm if he lives at the residence. This individual also told me that he would not give me any information and that I needed to get off of this property "right now". I then drop served the documents.

## AFFIDAVIT OF SERVICE For 20-CV-23230-CMA

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the _____ day of 14TH AUG, 2020 by the affiant who is personally known to me.

_Jesselyn Webb_
NOTARY PUBLIC

[Notary Seal: JESSELYN WEBB, NOTARY PUBLIC, HENRY COUNTY, GA, EXP. May 5, 2023]

_Travis Turner_ (signature)
**Travis Turner**
Process Server

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2020005364
Ref: Milner

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t