UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23230-CIV-CANNON/OTAZO-REYES

ANGELA MILNER,
SHAKIR WILLIAMS,
RASHEEDAH MAYS,
AMEERA BREWER,
EBONY MAYFIELD,
JOCELYN JOHNSON,
JAMMIE PARKER,
MARLEKA WILLIAMS, and
TIFFANY THOMPSON,

      Plaintiffs,

v.

TERI GALARDI,

      Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court upon Defendant Teri Galardi's ("Defendant") Motion for Sanctions, filed on May 6, 2021, against Plaintiffs Angela Milner, Shakir Williams, Rasheedah Mays, Ameera Brewer, Ebony Mayfield, Jocelyn Johnson, Jammie Parker, Marleka Williams, and Tiffany Thompson (collectively, "Plaintiffs") for failure to comply with the undersigned's discovery order entered on March 16, 2021 (hereafter, "Order") [D.E. 48]. See Motion for Sanctions [D.E. 52]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Aileen M. Cannon, United States District Judge [D.E. 38]. The undersigned held a Zoom hearing on this matter on May 26, 2021 (hereafter, "Hearing"). At the Hearing, Defendant's counsel reported that Plaintiffs complied with the Order on May 10, 2021, almost two months after issuance of the Order and four days after the Motion for Sanctions was filed. See also Notice of

Compliance [D.E. 55].  Therefore, the undersigned found that Plaintiffs finally complied with the Order as a result of Defendant's Motion for Sanctions.

In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that the Motion for Sanctions [D.E. 52] is GRANTED IN PART as follows:

1. Defendant is awarded her reasonable costs and attorney's fees incurred in filing the Motion for Sanctions and attending the Hearing, as a discovery sanction pursuant to Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure.

2. Defendant shall submit her Statement of Reasonable Costs and Fees within **20 days** from the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of May, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Aileen M. Cannon
   Counsel of Record