## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.: 20-23230-CIV-CANNON/Otazo-Reyes

**ANGELA MILNER, et al.,**

    Plaintiffs,
vs.

**TERI GALARDI,**
    Defendant.
_____/

### DEFENDANT'S SECOND MOTION FOR SANCTIONS AND INCORPORATED MEMORANDUM OF LAW

The Defendant, TERI GALRDI, by and through undersigned counsel files this her Second Motion For Sanctions and Incorporated Memorandum of Law and states as follows:

1. At the request of the Plaintiffs', the mediation in this case was reset for May 20th, 2021 at 10:30 am before Neil Flaxman, Esq. (DE 54).

2. On May 20th, 2021 none of the Plaintiffs' attended the mediation in violation of the Court's Order and the Court's rules. (DE 56).[1]

3. The Court then entered an Order on June 26th, 2021 rescheduling the mediation in front of Bruce Blitman, Esq. to take place on August 19th, 2021 via zoom. (DE 91).

4. On August 19th, 2021, Plaintiffs' Jocelyn Johnson, Shakir Williams and Jammie Parker did not appear for mediation. (DE 101,102).

5. Simultaneously herewith the Defendant has filed a Motion For An Extension of Time to Extend the Discovery Deadline Out of Time and to Extend the Dispositive Motion Deadline. (DE 105).

---

[1] See also Defendant's Supplement To Her Motion for Sanctions and Incorporated Memorandum of Law, which has yet to be ruled on by the Court. (DE 58)

6. The Plaintiffs' Jocelyn Johnson, Shakir Williams, Tiffany Thompson and Angela Milner failed to appear at their duly noticed and agreed to depositions.

7. The history of these four Plaintiffs' depositions being rescheduled at the request of the Plaintiffs' leading up to their recent non-appearance at the depositions is codified in the Defendant's Motion To Extend the Discovery Deadline Out of Time And To Extend The Dispositive Motion Deadline at paragraphs # 1 through 17. (DE 105).

8. Plaintiffs' Tiffany Thompson, Angela Milner, Shakir Williams and Jocelyn Johnson have offered to make themselves available for deposition regardless of whether the Court extends the deadlines pursuant to the Defendant's Unopposed Motion To Extend The Discovery Deadline Out of Time (DE 105) as opposed to the request of the Defendant to dismiss these Plaintiffs' cases.

9. Based upon the foregoing, the Defendant is seeking sanctions as follows:[2]

    a. Dismissing the cases of Plaintiffs' Jocelyn Johnson, Shakir Williams and Jammie Parker for their failure to attend the duly scheduled and noticed mediation pursuant to this Court's Order which mediation took place on Thursday August 19th, 2021 at 10:00 am.

    b. The Defendant is also seeking the dismissal of the Plaintiffs' Jocelyn Johnson, Shakir Williams, Tiffany Thompson and Angela Milner's cases for their failure to appear at their duly noticed and agreed to depositions.

**WHEREFORE,** and for all of the foregoing reasons the Defendant seeks the dismissal of the Plaintiffs' cases as alleged herein along with an award of attorney's fees for having to prepare, file and attend a hearing on the instant motion along with any other relief that the Court deems just and proper.

---

[2] It should also be pointed out here that Plaintiffs' Jocelyn Johnson and Shakir Williams did not appear for mediation or deposition.

**CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

          /s/ *Gerald J. Tobin*
          Attorney Name

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd day of September, 2021, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed in the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

    **GERALD J. TOBIN, ESQ.**
    4551 Ponce de Leon Blvd.
    Coral Gables, Florida 33146
    305-858-9020 Tel
    305-858-6097 Fax
    geraldtobinpa@aol.com
    /s/ *GERALD J. TOBIN*
    GERALD J. TOBIN, ESQ.
    F.B.N 81536
    *Counsel for the Defendant*

**SERVICE LIST**
**Astrid E. Gabbe, Esq.**
The Law Office of Astrid E. Gabbe, P.A.
P.O. Box 4216
Hollywood, FL, 33083
954-303-9882
Fax: 954-983-1427
Email: astridgabbe@gmail.com
Email: astridgabbe@aol.com
*Counsel for the Plaintiffs*

**Ainsworth Dudley, Esq.**
4200 Northside Parkway
Building 1, Suite 200
Atlanta, GA 30327
404-687-8205 Tel
Email:adudleylaw@gmail.com
*Counsel for The Plaintiffs*