UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23230-CIV-CANNON/Otazo-Reyes

**ANGELA MILNER, et al.,**

    Plaintiffs,

v.

**TERI GALARDI,**

    Defendant.
_____/

## ORDER DENYING MOTION TO ALTER OR AMEND
## THE COURT'S ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Motion to Alter or Amend the Court's Order of Dismissal filed by three Plaintiffs in this action—Shakir Williams, Jocelyn Johnson, and Jammie Parker on September 15, 2021 ("Motion") [ECF No. 116]. The Motion seeks to alter or amend the Court's Order Granting in Part Defendant's Second Motion for Sanctions and Dismissing Certain Plaintiffs [ECF No. 113], in which the Court dismissed Plaintiffs Shakir Williams, Jocelyn Johnson, and Jammie Parker for their repeated failure to attend Court ordered mediations. Prior to entering its Order [ECF No. 113], the Court carefully considered the full record and held a hearing to address the disputed Plaintiffs' repeated failures to comply with Court deadlines. Moreover, the Court granted dismissal only as to those Plaintiffs who specifically violated Court's ordered mediation, denying Defendant's request to dismiss Plaintiffs Angela Milner and Tiffany Thompson—and thereby granting those two Plaintiffs yet another opportunity to comply with their discovery obligations. For the foregoing reasons, Plaintiffs Shakir Williams, Jocelyn Johnson, and Jammie Parker's Motion to Alter or Amend the Court's Order of Dismissal [ECF No. 116] is hereby **DENIED**.

CASE NO. 20-23230-CIV-CANNON/Otazo-Reyes

**DONE AND ORDERED** in Fort Pierce, Florida this 20th day of September 2021.

                                               **AILEEN M. CANNON**
                                               **UNITED STATES DISTRICT JUDGE**

cc: counsel of record