# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23230–CIV–CANNON\Otazo-Reyes

**ANGELA MILNER**, *et al.*,

    Plaintiffs,

v.

**TERI GALARDI**,

    Defendant.

_____/

## PLAINTIFF SHAKIR WILLIAMS AND JOCELYN JOHNSON'S NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Shakir Williams and Jocelyn Johnson hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order denying their Rule 59 motion to alter or amend the Court's Order of dismissal entered on September 21, 2021 [ECF 119] and from the Order dismissing each above named Plaintiff from the case with prejudice as a sanction entered on September 9, 2021 [ECF 113].

Respectfully submitted this 21st day of October, 2021.

                                        /s/ Astrid E. Gabbe, Esq.
                                        FL Bar #635383
                                        The Law Office of Astrid E. Gabbe, P.A.
                                        P.O. Box 4216
                                        Hollywood, FL, 33083
                                        954-303-9882
                                        Email: astridgabbe@gmail.com

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appeal was served by the Clerk of the Court using the NextGen CM/ECF filing system, on October 21, 2021, on all counsel or parties of record on the service list.

/s/ Astrid E. Gabbe, Esq.
FL Bar #635383
The Law Office of Astrid E. Gabbe, P.A.
P.O. Box 4216
Hollywood, FL,
33083 954-303-9882
Email: astridgabbe@gmail.com

-3-