**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 20-23230-CIV-CANNON/Otazo-Reyes**

**ANGELA MILNER, et al.,**

    Plaintiffs,
vs.

**TERI GALARDI,**
    Defendant.
_____/

**<u>DEFENDANT'S RESPONSE AND INCORPORATED MEMORANDUM OF LAW IN OPPOSITION TO AND MOTION TO STRIKE/DENY PLAINTIFFS' THIRD MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

The Defendant, TERI GALARDI, by and through undersigned counsel files this her Response and Incorporated Memorandum of Law In Opposition To And Motion To Strike/Deny Plaintiffs' Third Motion For Partial Summary Judgment and states as follows:

1. Rule 56.1(a)(1) of the Local Rules of The Southern District of Florida states "A motion for summary judgment and the opposition to it shall each be accompanied by a separate and contemporaneously filed and served Statement of Material Facts. The movant's Statement of Material Facts shall list the material facts that the movant contends are not genuinely disputed."

2. Subparagraph (b)(1) states "All Statements of Material Facts (whether filed by the movant or the opponent) shall be filed and served as separate documents and not as exhibits or attachments… ."

3. On September 8th, 2021 the Plaintiffs' filed their Third Motion For Partial Summary Judgment (DE 112).

4. On October 11th, 2021 the Court entered a paperless Order which among other things directed the Plaintiffs' to file their own Statement of Material Facts on or before October 15th, 2021 (DE 125).

5. To date, the Plaintiffs' have not filed their own Statement of Material Facts in connection with their Third Motion For Summary Judgment. [1]

6. The Court has the discretion to deny the Plaintiffs' Third Motion For Summary Judgment solely on the basis of the Plaintiffs' failure to file their Statement of Material Facts. *Rhiner v. Wexford Health Sources, Inc.*, 2019 U.S. Dist. LEXIS 110608 (S.D. Fla. June 28, 2019).

7. Additionally, and again the Plaintiffs' failed to follow the Court's Order (DE 125) where the Court directed the Plaintiffs' to file their own Statement of Material Facts.

**WHEREFORE** and for all of the foregoing reasons the Defendant respectfully prays that this Court enter an Order striking and/or denying the Plaintiffs' Third Motion For Partial Summary Judgment based upon the Plaintiffs' failure to comply with Local Rule 56.1 and this Court's paperless Order (DE 125) and taking into account that the Plaintiffs' have a history of violating the rules and Court Orders.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of October, 2021, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed in the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

> **GERALD J. TOBIN, ESQ.**
> 4551 Ponce de Leon Blvd.
> Coral Gables, FL 33146
> (305)-858-9020 – Telephone
> (305)-858-6097 – Facsimile
> geraldtobinpa@aol.com
> /s/ *GERALD TOBIN*
> GERALD J. TOBIN, ESQ.
> F.B.N.: 81536
> *Counsel for the Defendant*

**SERVICE LIST**
**Astrid E. Gabbe, Esq.**
The Law Office of Astrid E. Gabbe, P.A.
P.O. Box 4216
Hollywood, FL, 33083
954-303-9882
Fax: 954-983-1427

---

[1] The Plaintiffs' have a history of not following the rules and Court Orders. (ECF 63, ECF 113, ECF 126 and ECF 129).

Email: astridgabbe@gmail.com
Email: astridgabbe@aol.com
*Counsel for the Plaintiffs*

**Ainsworth Dudley, Esq.**
4200 Northside Parkway Building 1,
Suite 200
Atlanta, GA 30327
404-687-8205 Tel
Email:adudleylaw@gmail.com
*Counsel for The Plaintiffs*