## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23230-CIV-CANNON/Otazo-Reyes

ANGELA MILNER, et al.,

    Plaintiffs,

vs.

TERI GALARDI,

    Defendant.

---------------x

4551 Ponce de Leon Boulevard
Coral Gables, Florida
Monday, August 23, 2021
3:13 p.m. - 4:10 p.m.

DEPOSITION OF EBONY MAYFIELD

Taken Before Jeffrey M. Goldstein, Registered Professional Reporter and Notary Public for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.

## Page 2

APPEARANCES

AINSWORTH DUDLEY, ESQ.
Building One, Suite 200
4200 Northside Parkway
Atlanta, Georgia 30327
BY: AINSWORTH DUDLEY, ESQ.
On behalf of the Plaintiffs
GERALD J. TOBIN, P.A.
4551 Ponce de Leon Boulevard
Coral Gables, Florida 33146
BY: HOWARD BRODSKY, ESQ.
and GERALD J. TOBIN, ESQ.

INDEX

Examinations                                  Page

EBONY MAYFIELD                                 3
                        3
DIRECT EXAMINATION BY MR. BRODSKY             3

## Page 3

1  Thereupon--
2        EBONY MAYFIELD
3  was called as a witness by the Defendant and,
4  having been first duly sworn, testified as follows:
5        DIRECT EXAMINATION
6  BY MR. BRODSKY:
7     Q.  Please state your name.
8     A.  Ebony Mayfield.
9     Q.  E-b-o-n-y?
10    A.  Yes.
11    Q.  M-a-y-f-i-e-l-d?
12    A.  That's correct.
13    Q.  Ms. Mayfield, have you ever had your
14 deposition taken before?
15    A.  For this case, no.
16    Q.  Any case?
17    A.  Yes.
18    Q.  What case have you had your deposition
19 taken in?
20    A.  A federal case involving another former
21 employer.
22    Q.  Who would that employer be?
23    A.  Air Peace.
24    Q.  Spell it.
25    A.  Well, not Air Peace. Springfield Aviation.

## Page 4

1     Q.  Spring --
2     A.  -- field Aviation.
3     Q.  What kind of company is Springfield
4 Aviation?
5     A.  Aircraft servicing company. Airline
6 servicing company.
7     Q.  Where is it located?
8     A.  Atlanta, Georgia.
9     Q.  What was the complaint in that case about?
10    A.  I didn't file a complaint. I worked for
11 the company, so I was called in to do a deposition
12 in reference to the case they have against the
13 company's owner.
14    Q.  Understood. So you were not a party to
15 that case?
16    A.  No.
17    Q.  Have you ever been involved in any law-
18 suits other than this lawsuit before?
19    A.  No.
20    Q.  And when was your deposition taken in that
21 case?
22    A.  July 2019.
23    Q.  And the issue in that case has nothing to
24 do with a wage and hour claim?
25    A.  No.

Page 5

1  Q.  Other than that case where you had your
2  deposition taken, have you ever had your deposition
3  taken before in any other case?
4  A.  No.
5  Q.  So you're pretty familiar with what a
6  deposition is in that you've already been through
7  the process, right?
8  A.  Yes.
9  Q.  So let's just get a couple of, I guess get
10 an understanding --
11 A.  Okay.
12 Q.  -- of the protocol so this goes smoothly
13 and quickly, okay?
14 A.  Okay.
15 Q.  Give me an opportunity to ask my question
16 before you answer, and I will give you an
17 opportunity to answer my question, so we're not
18 speaking over each other.
19 A.  Okay.
20 Q.  Please answer out loud yes, no or what-
21 ever it is you want to say as opposed to uh-huh or
22 uh-uh or something like that, okay?
23 A.  Okay.
24 Q.  I'm not asking you to guess or speculate.
25 I'm simply trying to figure out what it is you have

Page 6

1  firsthand knowledge about regarding this case.
2  A.  Okay.
3  Q.  What is your date of birth ma'am?
4  A.  June 14, 1982.
5     MR. BRODSKY: Off the record.
6     (Discussion held off the record.)
7  BY MR. BRODSKY:
8  Q.  Have you ever been arrested?
9  A.  Yes.
10 Q.  When and for what?
11 A.  I've been arrested several times. How far
12 back do I go? Earliest I would say was probably
13 1998.
14 Q.  Okay. Let's go most recent.
15 A.  Most recent, only recent arrest I've had
16 was in June of 2019.
17 Q.  And you were arrested for?
18 A.  It was in reference to the case
19 aforementioned above --
20 Q.  Okay.
21 A.  -- with my former employer.
22 Q.  And what was the charge?
23 A.  It wasn't a charge. It was a federal
24 information is what they call it.
25 Q.  Okay.

Page 7

1  A.  And your guess is as good as mine. Well,
2  you probably know better than I do, it's a
3  continuing case going on. So I don't have really
4  much explanation of it.
5  Q.  So it's still open?
6  A.  It's still open.
7  Q.  It hasn't been --
8  A.  It hasn't been resolved, no.
9  Q.  All right. And that's out of Atlanta?
10 A.  Yes, Northern District Federal Court.
11 Q.  And it is a criminal case?
12 A.  It is a criminal case.
13 Q.  Okay. Prior to that when were you
14 arrested?
15 A.  My early 20s. So it would be well over 10
16 years ago.
17 Q.  What would that have been for?
18 A.  I've gotten a stalking charge. I've gotten
19 battery charge. I got a auto theft charge which was
20 dismissed.
21 Q.  Okay. Stalking, battery --
22 A.  And criminal trespassing.
23 Q.  Auto theft and then criminal trespassing.
24 Anything else?
25 A.  That's it.

Page 8

1  Q.  Where did these arrests take place?
2  A.  Criminal trespassing took place in Dade
3  County Courthouse. The prior three was in Atlanta,
4  Georgia.
5  Q.  State or federal court?
6  A.  State. All of those were state court.
7  Q.  Do you remember approximately when those
8  took place? Let's start with the stalking.
9  A.  Early 2000. All of those were early 2000s
10 prior to -- because I was (inaudible) in 2006. So
11 those would be prior to 2006. The Dade County
12 charge was in 2008.
13 Q.  And these three are prior to 2006, right?
14 A.  Yes.
15 Q.  What happened with the stalking case, the
16 end result of it?
17 A.  That was dismissed.
18 Q.  Okay.
19 A.  All of those actually were dismissed
20 except that criminal trespassing charge.
21 Q.  The one in Dade?
22 A.  Yes.
23 Q.  So the stalking charge, the battery charge
24 and the auto theft charge --
25 A.  Actually the auto theft charge, let me

Page 9

1  correct that, that was in Punta Gorda.
2    Q.  So the stalking and the battery were in
3  Atlanta?
4    A.  Yes.
5    Q.  And the auto theft charge was in Punta
6  Gorda?
7    A.  Yeah.
8    Q.  In Florida?
9    A.  Florida, yes.
10   Q.  And that was dismissed as well?
11   A.  Yes.
12   Q.  And the criminal trespass was here in Dade
13 County in 2008?
14   A.  Yes.
15   Q.  And I don't remember if you told me what
16 the end result of that was.
17   A.  They sent me to anger management.
18   Q.  Okay. To your knowledge was that a
19 misdemeanor or a felony?
20   A.  That's a misdemeanor. All of those was
21 misdemeanors. I don't have any felonies.
22   Q.  Even the auto theft?
23   A.  Oh, that was a felony charge, but it was
24 dismissed, yeah.
25   Q.  Okay. All righty. So let's see. Are you

Page 10

1  currently employed?
2    A.  Yes.
3    Q.  And where are you employed?
4    A.  I work at two clubs in Atlanta, Strokers
5  Club --
6    Q.  S-t-r-o-k-e-r-s?
7    A.  That's correct, and the Blue Flame Lounge.
8    Q.  Blue --
9    A.  Flame.
10   Q.  I didn't get the last part.
11   A.  Flame, like fire flame.
12   Q.  There was a third word.
13   A.  Blue Flame Lounge.
14   Q.  Lounge, okay. And both of those are adult
15 entertainment clubs?
16   A.  Yes.
17   Q.  And they're both in Atlanta?
18   A.  Blue Flame is in Atlanta. Strokers is in
19 Clarkston, Georgia.
20   Q.  Who?
21   A.  Clarkston.
22   Q.  C-l-a-r-k-s-t-o-n?
23   A.  k-s-t-o-n, yes.
24   Q.  I'm going to be presumptuous and ask you
25 if these were adult entertainment clubs.

Page 11

1    A.  Yes.
2    Q.  And you performed as an adult entertainer
3  in those two clubs?
4    A.  No. I'm an bartender now.
5    Q.  In both?
6    A.  Yes.
7    Q.  And how long have you been working as a
8  bartender at these two clubs?
9    A.  Initially I was an entertainer, and I've
10 worked at both of these clubs off and on for over
11 10 years, off and on. I initially started working
12 at Strokers in 2004. Blue Flame, around the same
13 time, about 2004.
14   Q.  And in both of those were you initially an
15 adult entertainer?
16   A.  I was initially an adult entertainer, yes.
17   Q.  So when did you come to the point where
18 you become a bartender?
19   A.  Just kind of transitioning out of the
20 business, wanting to go to the other side.
21   Q.  When?
22   A.  Initially I began bartending probably -- I
23 got my bar license in 2007.
24   Q.  Okay.
25   A.  So I used to bartend off and on in

Page 12

1  different places, private parties, restaurants. So
2  strip club bartending is a little bit harder to get
3  into. It's easier to be a dancer than it is a bar-
4  tender. So just kind of as positions open up or as
5  they needed me I would float in and out of it, but
6  it didn't become a full-time thing until like the
7  last two years.
8    Q.  Okay. Prior to bartending at Strokers and
9  Blue Flame what did you do to earn money prior to
10 that?
11   A.  I was a dancer.
12   Q.  Where?
13   A.  I danced at King of Diamonds here. We'll
14 start with Florida because we're in Florida. I
15 danced at King of Diamonds. I danced at Coco's.
16 I've danced at Diamonds which was, which is now G5.
17 I danced at Booby Trap, Doral. I danced at, it was
18 the Alley Cat. It's another club now in South
19 Florida. In Atlanta I danced at Onyx. Prior to Onyx
20 it was Strokers and Blue Flame. Prior to them it
21 was Magic City and Follies, Pinups, Blaze. I danced
22 at Onyx in Houston, danced at Onyx in Charlotte.
23 Oh, Club Nikki's in Charlotte.
24   Q.  And when did you -- was all of this prior
25 to or at the same time that you were dancing at the

Page 13

1  **King of Diamonds?**
2  A.  Same time.
3  Q.  All right. So let me ask you this --
4  A.  Okay.
5  Q.  -- for what period of time -- first of
6  all, do you know what case we're here on today?
7  A.  Yes.
8  Q.  And what is your understanding of who your
9  suing and for what?
10 A.  Okay. So we're suing Teri Galardi because
11 she is the owner of King of Diamonds, because of
12 work wage violations and violations that they were
13 taking tips-outs from us that they should not have
14 been taking from us.
15 Q.  All right. And what is the time frame for
16 which you are claiming damages in this place?
17 A.  I started working at King of Diamonds the
18 day it opened, 2009. Going into end of 2008 to 2009
19 I started working at King of Diamonds, and I worked
20 there consistently until the end of 2012. That was
21 what we call our home club. So in the dance world,
22 like you'll go and you'll dance events, you'll
23 dance parties, you'll dance at different places
24 depending upon what's going on in the entertainment
25 world. So you're mobile, but you always have a home

Page 14

1  club, and the home club is the club that you're at
2  or the club that you represent when you go to some-
3  where else.
4     So Onyx in Atlanta was my home club. King
5  of Diamonds in Miami was my home club and they're
6  both Galardi's clubs. So that's how I ended up
7  dancing at King of Diamonds, because prior to King
8  of Diamonds I was in Atlanta and I worked at Onyx.
9  It's like hey, we're opening a club in Miami, we
10 need girls to come down. How would you all like
11 going to Miami to work, which is how I ended up at
12 King of Diamonds. So started working at King of
13 Diamonds.
14    I was what they consider a VIP girl. VIP
15 girls work a minimum of four days a week. So you
16 had to work four shifts a week. Our tip-outs
17 typically were different from everybody else's. I
18 don't know if you want me to answer that now.
19 Q.  We will eventually, but I'm going to go
20 back to my original question, which respectfully
21 you still haven't answered if you even remember
22 what it was.
23 A.  Your original question was when did I work
24 at King of Diamonds.
25 Q.  No. For what years are you claiming

Page 15

1  damages for in this case?
2  A.  Okay. So I started working there 2009,
3  2009 to 2014.
4  Q.  Can you tell when in 2009?
5  A.  I started working there the day they
6  opened their doors and I want to say they opened
7  January 2009.
8  Q.  And in 2014 when did you, what month did
9  you stop?
10 A.  I stopped the beginning of 2014. Somewhere
11 like February/March area because I relocated back
12 to Atlanta full-time.
13 Q.  Can you tell me how much money in damages
14 you are seeking for the years that you are claiming
15 you're entitled to damages, from January of 2009 to
16 February/March of 2014?
17 A.  The total --
18 Q.  Yes.
19 A.  -- that I came up with my attorney is
20 $363,000.
21 Q.  Okay. Can you break that down for me in
22 terms of how much is attributed to this and how
23 much is attributed to that, if you can.
24 A.  Okay. Basically how he came to that
25 conclusion is because nightly there's a fee.

Page 16

1  There's a flat fee that you're going to pay every
2  night based upon the time that you get to work, and
3  that fee can go anywhere from 150 to $500 a night.
4  I paid as high as $500 a night. So my attorney came
5  up with an average based on me telling him my
6  experience as a dancer. So those fees are just the
7  base fees that let you walk in the door.
8  Q.  Are they called house fees?
9  A.  They're called house fees, yeah. House
10 fees or bar fees. So you pay that just to even
11 enter the building.
12 Q.  Understood. What other fees?
13 A.  Outside of that they take, they started
14 taking 10% of our money I would say in year 2010.
15 Somewhere in 2010 they started taking 10% of the
16 money, and that's pretty much customers throwing
17 money on you because they throw a lot of dollar
18 bills. So customers throwing dollar bills on you or
19 you're on stage. They have people that they call
20 sweepers that pick up the money. You don't pick up
21 any money at all. They pick up the money. They take
22 the money, put it in a bag, take the bag upstairs.
23 You open the bag with the house mom and out of
24 those bags, they take 10% of the money out of those
25 bags. Those bags, depend upon how many girls in a

Page 17

1  crew, if you're dancing alone, it varies. So say if
2  you're dancing, a guy gives you $500 bucks and it's
3  your 500 bucks, they take 10% of that, or you're in
4  a group with five other girls and a guy throws
5  $5,000, they take 10% of that. So that's how the
6  10% works. Then also you tip the DJ.
7      Q.  All right. So the first fee is the house
8  fee and it's 10% of what, the amount of money that
9  is given to you on a particular night?
10     A.  In tips. It's the amount of tips given to
11 you by customers. The first fee is the house fee
12 that you pay to walk in the door. That's the flat
13 fee.
14     Q.  Tell me what that was.
15     A.  The flat fee --
16     Q.  I know you gave me a range, but I didn't
17 write it down.
18     A.  It starts at about $150 and it goes up,
19 upwards of $500 and that's time based. So every
20 hour it goes up. It goes up in hourly increments.
21     Q.  And that's consistent from January 2009 to
22 February/March 2014?
23     A.  Yes, that's always.
24     Q.  Okay.
25     A.  That's the structure of the club. So you

Page 18

1  come in the door, it's 8 o'clock. There's a fee
2  sheet at the door. At 8 o'clock you pay whatever
3  that fee is and you go in. You do that as soon as
4  you walk to the door.
5      Q.  No less than a hundred and fifty, as much
6  as 500?
7      A.  I will say they did -- slow times they
8  would drop it down to about $50. That's the
9  cheapest I've ever seen it, but that's rare, that's
10 really, really rare.
11     Q.  But on average anywhere between 150 and
12 500?
13     A.  Yes.
14     Q.  Okay. So we have a house fee, we have a
15 10%, any other fees?
16     A.  Yes. You pay the DJ.
17     Q.  All right. How much?
18     A.  That varies. That depends on how much he
19 likes you and how much money he thinks you make. If
20 you somebody he feel like makes a lot of money on
21 stage he'll ask you for a hundred dollars. If
22 you're somebody that he feels like donate money,
23 he'll ask you for $20, but it's never a small
24 amount of money. If you hand him $20 he's going to
25 look at you like you're crazy.

Page 19

1      Q.  Okay. So give me an average of what you
2  paid --
3      A.  I would say an average of $50, that's just
4  meet in the middle.
5      Q.  Any other fees?
6      A.  House mom.
7      Q.  Okay. Tell me about how much that was.
8      A.  That's a minimum of $10 every night.
9      Q.  Okay.
10     A.  And then that goes up according to, if you
11 use something or if you needed something more than
12 the regular special provided. Parking, you pay
13 parking.
14     Q.  All right.
15     A.  And that's like $20 a day.
16     Q.  And this is all at the King of Diamonds
17 we're talking about?
18     A.  This is all at the King of Diamonds, yeah,
19 you pay for parking.
20     Q.  How much was it?
21     A.  $20. Parking in the beginning, we didn't
22 pay for parking. They started paying for parking
23 towards the end. Like after Super Bowl they started
24 charging girls to park.
25     Q.  What year? What month?

Page 20

1      A.  I think that was 2011. It might have been
2  2012, I can't remember. The second Super Bowl
3  because we had two. They started charging girls to
4  park.
5      Q.  Okay. Let's recount so we're on the same
6  page. I have house fees, the 10%, the DJ, the house
7  mom and parking so far.
8      A.  Yes.
9      Q.  Anything else?
10     A.  The VIP girls had to tip the manager.
11     Q.  How much on average?
12     A.  I would say $20 a night.
13     Q.  Okay.
14     A.  Yeah, on average $20 a night. Sometimes
15 it's more or less, but on average it's like $20 a
16 night.
17     Q.  Any other fees?
18     A.  No other fees that are coming across right
19 now.
20     Q.  Any other part of damages other than these
21 fees that you told me about, to arrive at the
22 $363,000 figure?
23     A.  No.
24     Q.  Are you seeking as part of this $363,000 a
25 claim for minimum wages?

Page 21

1  A. Yes.
2  Q. If we can, let's try to agree that anytime
3  I ask you take question about the King of Diamonds
4  we're referring to the time frame of January 2009
5  to February/March of 2014. So I don't have to keep
6  repeating those dates, is that fair?
7  A. That's fair.
8  Q. Do you have any idea how much of the
9  $363,000 damage claim is for minimum wages?
10  A. It's about $95,000. That's what was
11  calculated.
12  Q. Total?
13  A. Yes, totals for all years.
14  Q. Got it. So other than the minimum wages
15  and the fees that you've already told me about, is
16  there any other part of the approximate damage
17  amount of $363,000?
18  A. No.
19  Q. What does a VIP girl mean?
20  A. VIP girl, we had our own dressing rooms
21  separate from the main dressing room that we share
22  with the other girls. You were party to things
23  going on in the club that other girls didn't know.
24  So maybe a celebrity had a private party, it would
25  pull the VIP girls into the private party. There

Page 22

1  was a section in the club that was specifically for
2  private parties. So it was like a mini club within
3  the club.
4  Q. Okay.
5  A. That's how it was designed. So people
6  would rent it out, they would do video shoots and
7  things like that. So for those type of parties they
8  pick the VIP girl.
9  Q. Understood.
10  A. So the goal in the club was to become a
11  VIP girl so that she can be a part of these private
12  parties.
13  Q. All right.
14  A. And the way that she became a VIP girl was
15  through tip-outs and how often you work. So did you
16  work enough and did you tip out of that. That is
17  what determined a VIP girl.
18  Q. How many days a week on average did you
19  work during the time frame involved in this case?
20  A. Four days.
21  Q. Could you pick those four days or were
22  they picked for you?
23  A. You had to work one slow day.
24  Q. Okay.
25  A. They picked the slow days which were two

Page 23

1  Tuesdays and Wednesdays. So you had to work either
2  Tuesday or Wednesday. The other days you can work
3  whenever you wanted to.
4  Q. What typically days did you work?
5  A. I worked Friday, Saturday, Sunday, Monday
6  was like the days that I would pick my days out of
7  and then I would work my slow day, Tuesday or
8  Wednesday.
9  Q. I didn't understand. You said there was
10  four total days --
11  A. Four days, yes. Four total days a week is
12  what I work. Some weeks I work five days.
13  Q. I'm talking about on average.
14  A. On average four days a week.
15  Q. Three of which, excuse me, one of which
16  was a slow day.
17  A. Yes.
18  Q. So the first question is, what three days
19  of the week did you work other than the slow day?
20  A. Other than the slow today I would work
21  Friday, I would definitely work Monday, and then I
22  would rotate between Saturday and Sunday.
23  Q. Okay.
24  A. Mostly Friday, Saturday, Monday, Wednesday
25  really.

Page 24

1  Q. All right. That's fair. And how many hours
2  on average would you work on each of the four days?
3  A. Me, I would work about 10 hours, and the
4  reason being is because the tip-out is higher. If
5  you come to work later it's a higher tip-out. So I
6  would try to get to work early so I could pay a
7  reasonable tip-out. Our crowd didn't come till 3, 4
8  o'clock in the morning and we closed at 6 in the
9  morning. So if I got to work at 9, usually got to
10  work by latest 10 o'clock. So 9, 10 o'clock range
11  and I would leave at 6, 7 o'clock in the morning.
12  Q. Can we agree that house fees is the same
13  thing as tip-out?
14  A. No, they're not.
15  Q. Then I'm not understanding the difference
16  between a house fee and a tip-out.
17  A. Okay. So house fee is what you pay at the
18  door to get into the building.
19  Q. All right.
20  A. Okay. Tip-out is what you pay to get out
21  of the building.
22  Q. Is that the 10%?
23  A. That's the 10%, that's the tip-out to the
24  DJs, that's the tip-out to the house moms --
25  Q. Okay.

Page 25

1  A. -- those are tip-outs.
2  Q. So included within the term tip-out is all
3 of these fees that you talk about except for the
4 house fee?
5  A. House fee, exactly.
6  Q. Now I understand.
7  A. Yes.
8  Q. Okay. On average -- strike that. When you
9 danced at the King of Diamonds you were paid in
10 what form? Was it check, cash, wire, how did you
11 get paid?
12  A. The company never paid us.
13  Q. All right. Who paid you?
14  A. The customers tipped us. We got paid
15 strictly in tips.
16  Q. Okay. And how did you get that tip money,
17 was it in cash, was it by check, how was it?
18  A. Cash.
19  Q. All right. Did you have a bank account at
20 that time?
21  A. Yes.
22  Q. Did you deposit all of the cash that you
23 received in tips in that bank account?
24  A. Not all of it. Not all of it.
25  Q. I looked and I saw that you said that you

Page 26

1 did file tax returns --
2  A. Yes.
3  Q. -- during 2009 through '14, correct?
4  A. Yes.
5  Q. Did you declare all that cash on those tax
6 returns?
7  A. Yes.
8  Q. Did you deduct the expenses that we're
9 talking about here as expenses on your tax return?
10  A. Yes.
11  Q. Did you declare yourself as an independent
12 contractor on your tax returns?
13  A. Yes. King of Diamonds gave 1099 tax forms
14 if you asked for them and that's what I used to
15 file my taxes.
16  Q. So you asked for 1099s and they gave it to
17 you?
18  A. When they would give them to us. Some
19 years they didn't give them to us. Actually I've
20 gone so far as to go to their corporate office in
21 Atlanta, because I was based in Atlanta initially,
22 to get my own form because I knew the accountant.
23 But the club -- it wasn't common knowledge, but it
24 was out there. Does that make sense? Like it wasn't
25 published for hey, come get your 1099s, but if you

Page 27

1 took the extra step and went in the office and
2 asked about them they would give them to you.
3  Q. All right. So you got your 1099s --
4  A. I got my 1099s.
5  Q. -- for all the years, and you included
6 that when you filed your taxes?
7  A. Yes.
8  Q. All righty. Thank you for that. So --
9  A. I just thought of something when you
10 went back to fees. I don't know if that's included
11 in there, in those damages, but there were fees for
12 like basically when you had to buy costumes and
13 clothes and things like that. I don't know if that
14 goes into it. You also had to buy certain outfits
15 for certain parties. They might do a all white
16 party, or somebody might do a birthday party and
17 say hey, I need all the girls to wear blue. So
18 those were other external fees, but it wasn't a
19 regular occurrence.
20  Q. How often would that occur percentage-wise
21 in a year?
22  A. Maybe four times a month.
23  Q. Okay. During those four times a month,
24 during the time frame involved here, you're telling
25 me you had to buy what?

Page 28

1  A. So if you had a all white party you had to
2 buy a all white costume, like everything had to be
3 white.
4  Q. From where did you buy it?
5  A. You had vendors that come to the club and
6 sell costumes. If they knew that we were doing a
7 party they would just come to the dressing room and
8 say hey, we got costumes and you're buying them
9 from the vendors there, or if you had time in
10 advance you would order your own or, you know,
11 whoever you bought your stuff from, but there were
12 days you had to have specific things, specific
13 items in order to work.
14  Q. Could you buy it on your own and not buy
15 it from something associated with the -- I'm
16 talking about the outfits. Can you buy the outfits
17 on your own --
18  A. Yes.
19  Q. -- from someone other than through the
20 King of Diamonds?
21  A. Yes.
22  Q. Did you do that?
23  A. Yes.
24  Q. And are you claiming that that's part of
25 your damages for things or for outfits that you

Page 29

1 purchased from outside of the King of Diamonds,
2 you're claiming that as part of your damages as
3 well?
4     A.  Yes, because they were ordered by King of
5 Diamonds. So basically what they would say is, if
6 you don't bring a white outfit to work tonight you
7 cannot work. So if you didn't have a white outfit,
8 now you have to go buy a white outfit in order to
9 work. They weren't providing. Does that make sense?
10    Q.  Yes.
11    A.  Okay.
12    Q.  Are there any other fees that you've come
13 with that you didn't talk about?
14    A.  That's it.
15    Q.  Can you tell me on average what you left
16 with from the King of Diamonds by way of cash,
17 average per night?
18    A.  An average, that's a hard one. I would say
19 on average $800.
20    Q.  Okay. That would mean after all these
21 other expenses were paid, because I said that you
22 left with.
23    A.  Yes, yes, on average. On average, yes.
24    Q.  800 bucks a night?
25    A.  800 bucks a night.

Page 30

1     Q.  Can you tell me what would be the most
2 amount of money you left the King of Diamonds with
3 on a single night?
4     A.  About $5,000.
5     Q.  Okay.
6     A.  The least amount of money, $0. Been nights
7 we left in the negative, because you paid all these
8 fees to work and you didn't make any money.
9     Q.  I asked you earlier, I do believe, that
10 other than this case where you sued Teri Galardi
11 you didn't, you have not sued anybody else,
12 correct?
13    A.  No.
14    Q.  Including all of these other adult
15 entertainment clubs that you've worked at?
16    A.  No.
17    Q.  All right. Why did you sue the King of
18 Diamonds and not any of these other clubs?
19    A.  The first lawsuit I ever was told about
20 was the initial lawsuit against Onyx, and I was
21 still working at Onyx at the time. There was a lot
22 of rumors going around. There was a lot of chatter
23 about the girls suing the clubs and not being able
24 to work. I have witnessed girls being ostracized. I
25 have witnessed girls being band because they spoke

Page 31

1 out. I'm still in the industry, but I was heavy in
2 the industry then and it just wasn't --
3     Q.  Wasn't a good business decision I'm
4 hearing from you.
5     A.  It wasn't a good business decision to do
6 it at the time because I'm still working everyday.
7 I need to go to work. So I don't want to jump on
8 this lawsuit and sue the club that I'm working at
9 and tomorrow I don't have a job, and then I can't
10 get another job because other clubs have found out
11 about you having issues with this club and they
12 won't hire you.
13    Q.  Is that the reason you didn't sue any of
14 these other clubs as well?
15    A.  Yes.
16    Q.  What gave you the comfort level to sue in
17 this case, because you were no longer dancing
18 there?
19    A.  I was no longer dancing. The attorneys
20 that are on this case, they gave me a comfort that
21 no other person had given me before in reference to
22 me being able to be work, because I always felt
23 like, if I did a lawsuit I wasn't going to be able
24 to work.
25    Q.  And who were those attorneys that gave you

Page 32

1 that comfort?
2     A.  Michael DeCampo (phonetic) is the first
3 attorney that that I spoke with and then through
4 him.
5     Q.  Anyone else?
6     A.  I met with Ashley Gabbe.
7     Q.  Okay.
8     A.  There's just those two, and today I met
9 with him.
10    Q.  Where is Michael DeCampo located?
11    A.  He's based out of Fort Lauderdale
12 initially. I think he's moved around since I
13 initially met him, but when I first met with him he
14 was in Fort Lauderdale.
15    Q.  Do you know where he is now?
16    A.  I'm not sure now.
17    Q.  How were you introduced to Michael
18 DeCampo?
19    A.  I was introduced to him through one of the
20 girls on the lawsuit, Angela.
21    Q.  Angela Milner?
22    A.  Yes.
23    Q.  Tell me about the introduction and what
24 you and Angela spoke about.
25    A.  The introduction was, you worked at King

Page 33

1  of Diamonds. I know you have all your taxes and
2  there's a wage lawsuit going on because of back
3  pay. I said wage lawsuit? She says yeah. She says
4  there's several girls getting on this lawsuit to
5  sue King of Diamonds and I think you're good for
6  it. I'm like what do you mean? She says they owe us
7  money, they stole from us. I said yeah, but you
8  know, we've had these issues before and -- at that
9  time the prior lawsuit for Onyx had already
10 settled. So the settlement for those girls was like
11 $22,000 or something like that and I was still
12 working. I said Angela, this is not worth me losing
13 my job over. She says no, you're not going to lose
14 your job, they can't fire you. She said that's
15 illegal, they can't fire you. I said other girls
16 had problems. She said no, that's illegal. They
17 can't fire you now. So that was our conversation
18 and then she introduced me to Michael. So I called
19 him and I asked questions, and we just had a
20 dialogue about it. He said well --
21   Q.  I'm asking you to tell me anything between
22 you and any lawyer in this case.
23   A.  Okay. So we had dialogue about it and I
24 agreed to it --
25   Q.  Understood.

Page 34

1   A.  -- and that's how it started.
2   Q.  And Angela Milner's the one that brought
3  you to Michael DeCampo?
4   A.  Yes.
5   Q.  All right. While you were working at the
6  King of Diamonds during the time frame we've agreed
7  to, would you say that it was productive
8  financially for you?
9   A.  Yes.
10  Q.  Did you have any problems while you were
11 there?
12  A.  Several. When you say problems, what do
13 you mean by problems?
14  Q.  That made you uncomfortable, unhappy or
15 the like.
16  A.  Oh, always. The biggest issue I had with
17 them was the expectation of you to make money. It
18 was, oh, if you can't come here and make a thousand
19 dollars we don't want you as a dancer. That was the
20 attitude and the culture of the club. So basically
21 you had to go in and you had to perform and you had
22 to earn, and if you didn't bring in certain amounts
23 in tip-out there was repercussions.
24  Q.  Okay.
25  A.  Repercussions like you wouldn't be able to

Page 35

1  work, you wouldn't be able to work certain parties,
2  certain events, sometimes higher fees, higher tip-
3  outs, and then sometimes just harassment.
4   Q.  Define harassment.
5   A.  Harassment in the sense of they would talk
6  crazy or bad about you. I shouldn't use the word
7  crazy. They would talk reckless towards you, in
8  your face.
9   Q.  Like what? Give me an example.
10  A.  Maybe you should lose weight and you'll
11 get more money, or you're hair looks crazy, you
12 need to change it, you need more outfits. You don't
13 come to work in a -- just different type of things
14 like that that they will say to you in reference to
15 working. You need to learn to do pole tricks. If
16 you did pole tricks you would make more money.
17  Q.  And you didn't like any of that?
18  A.  It wasn't the words itself, it was how it
19 came out. Like I said, it was in a harassing,
20 aggressive manner. It wasn't like hey, let's sit
21 down and have a conversation and say what can you
22 do better as an employee type conversation. They
23 didn't come like that. They came in passing. They
24 came, oh, you was in that section, that's all you
25 got. Like they felt like you should have made more

Page 36

1  money off the guy that was in the section. That's
2  how it came off. So it made it sometimes a little
3  stressful to go to work because it was like meeting
4  numbers, you had to meet the numbers.
5   Q.  So why did you continue to dance there for
6  this entire period of time?
7   A.  At the time it was the top club like in
8  Miami for black girls to dance at that was popular.
9   Q.  You make the most money?
10  A.  That's where you can make the most money
11 at.
12  Q.  More than all these other clubs that you
13 were telling me about?
14  A.  Yes. They had all the celebrities, all the
15 superstars. It was a beautiful building, beautiful
16 building. It was clean. We didn't have any violent
17 issues. Like I worked in close where they were
18 shooting. We didn't have those issues at King of
19 Diamonds. So King of Diamonds was the preferred
20 place for people to go and felt safe.
21  Q.  Were you able to pick the days you worked?
22  A.  Yes.
23  Q.  Well, you obviously heard the name Teri
24 Galardi, right, because that's who you sued in this
25 case, correct?

Page 37

1  A. Yes.
2  Q. Have you ever met Teri Galardi?
3  A. No, no, I never met her face-to-face. I
4  walked in the office and she's been there, but I've
5  never actually sat down and had a conversation with
6  her.
7  Q. What office where?
8  A. In the King of Diamonds there was like a
9  back office.
10 Q. When was that?
11 A. Don't remember exactly. It only happened
12 one time.
13 Q. Did you ever have a conversation with Teri
14 Galardi?
15 A. No.
16 Q. Do you know what, if anything, Teri
17 Galardi did during the years we're talking about as
18 it relates to the King of Diamonds?
19 A. I know that she worked there and she often
20 was in the back office, but we as dancers could not
21 go and specifically talk to her.
22 Q. She worked in the back office at the King
23 of Diamonds?
24 A. Yes.
25 Q. And when did you see her there?

Page 38

1  A. Usually she's there in the daytime, if you
2  go to the club in the daytime. Sometimes if I get
3  to work early, like maybe 7, 7 o'clock if she's
4  there. She's never there late. She's never there
5  after hours.
6  Q. Did you ever see her in the club?
7  A. Inside the building, no.
8  Q. Did you have any idea what she was doing
9  in the office where you say you saw her?
10 A. No.
11 Q. So you don't know if she was working on
12 business relating to the King of Diamonds or some
13 other business, right?
14 A. Don't know.
15 Q. So you don't really know what, if any-
16 thing, she had to do during the years we're talking
17 about with the King of Diamonds, right?
18 A. All we were told was she was the owner and
19 you couldn't just walk up to the owner. There were
20 like several people, I guess gatekeepers that she
21 would go to. You would never just talk to her ever.
22 Q. And can you tell me when you saw her in
23 the office in the back of the King of Diamonds in
24 terms of like years or dates or anything?
25 A. I would say it was a time from about 2010

Page 39

1  to maybe about 2012, because that's when I kind of
2  slowed up there.
3  Q. Are you telling me what you know or are
4  you speculating or --
5  A. No. I tell you me actually knowing that
6  she's in the back office.
7  Q. During the time that you just said?
8  A. Yes, during those years. Like I said, I
9  only personally walked up and seen her myself
10 once. But if you go in the office they're like hey,
11 the owner's in the back. You can't come in here,
12 like you get that often. Like if you're going to go
13 talk to one of the managers or you have an issue
14 they would tell you. Did I physically see her? I've
15 only physically seen her once.
16 Q. Okay. Do you know what owner they
17 were talking about? Could it have been her father
18 Jack Galardi that was in the office that they told
19 you you couldn't go in and see?
20 A. I've never heard them make reference to
21 Jack. I've only heard them make reference, they
22 call her his daughter. They say his daughter.
23 Q. Okay. Did you ever meet Jack Galardi?
24 A. Yes.
25 Q. When did you meet Jack Galardi?

Page 40

1  A. When King of Diamonds first opened he used
2  to come in the club often.
3  Q. And for what period of time when it first
4  opened till when did you see Jack Galardi in the
5  club?
6  A. I don't know when it stopped. I never paid
7  attention to when it stopped, but when it opened it
8  was nothing to see him in there at least once a
9  week. Like he would come in, he would walk around,
10 he will walk the floor and then he would leave out.
11 Q. Do you know if he ever became ill?
12 A. Yes.
13 Q. Do you know when that was?
14 A. I don't know at what point he became ill,
15 but I remember the last time I seen him he was
16 walking with something that looked like an oxygen
17 tank. So I had assumed that he had been ill.
18 Q. And when was that?
19 A. It was 2009.
20 Q. That's the last time you saw him, is that
21 what I heard you say?
22 A. Yeah. I don't remember at what point he
23 stopped coming around, but it was in the beginning.
24 It was definitely when the club first opened. When
25 the club first opened he came in.

Page 41

1  Q. Do you know who owned Fly Low, Inc. doing
2  business as King of Diamonds in 2009?
3  A. Don't know who owned it. I never really
4  paid attention to the external people because I
5  came from Atlanta. So for me I knew that I worked
6  for the Galardis in my mind. The external people,
7  the Lennys, the Pops (phonetic), the Akinyeles,
8  the -- his name is slipping my mind. Rick. I never
9  paid them any attention honestly, me personally,
10 because -- and that's part of my conflict with
11 them, because I came from Atlanta and I was
12 familiar with the Galardi clubs. I had already
13 worked at Onyx. Before Onyx turned into Onyx it was
14 Masters, but it's the same club. So I had worked
15 for them since the club was Masters. So I was
16 familiar with working for the brand. So when we
17 came to King of Diamonds I just never paid him any
18 attention. They used to say, oh, we own the club
19 and I'm like whatever. You don't look up. But I
20 want to work here, so I did what was asked of me.
21 Q. Okay. I don't know if you did or didn't
22 answer my question, so I'm going to ask it again.
23 Do you know who owned the Fly Low, Inc., doing
24 business as King of Diamonds in 2009?
25 A. No.

Page 42

1  Q. How about 2010?
2  A. No.
3  Q. How about 2011?
4  A. No.
5  Q. How about 2012?
6  A. No.
7  Q. How about 2013?
8  A. No.
9  Q. How about 2014?
10 A. I didn't know who -- no. I didn't know who
11 they were in until this case was filed, because I
12 didn't know that they actually had a business
13 entity --
14 Q. Okay.
15 A. -- involved with King of Diamonds.
16 Q. All right. So during the time frame that
17 you were dancing at the King of Diamonds you didn't
18 know who owned the club?
19 A. I assumed it was the Galardis.
20 Q. But you didn't know who, which one?
21 A. No.
22 Q. And you still don't know?
23 A. No.
24 Q. Okay. Do you know if Teri Galardi ever
25 made any money from the King of Diamonds, where she

Page 43

1  took money and put it in her pocket?
2  A. No.
3  MR. DUDLEY: Objection.
4  BY MR. BRODSKY:
5  Q. Do you know if she actually invested money
6  in the King of Diamonds?
7  A. No.
8  MR. BRODSKY: Give us a moment to take a
9  short break and talk a bit and we'll be back,
10 okay?
11 THE WITNESS: Okay.
12 MR. BRODSKY: And I'm going to use the
13 restroom at the same time.
14 (Thereupon a break was taken.)
15 MR. BRODSKY: We have no further questions.
16 If you have go at it.
17 MR. DUDLEY: Well, let me make sure. Nope,
18 I don't have any.
19 MR. BRODSKY: You want to explain about
20 reading and waiving?
21 THE COURT REPORTER: Yes.
22 (Discussion held off the record.)
23 THE WITNESS: I'll read it.
24 (Thereupon the taking of the deposition
25 was concluded.)

Page 44

2  EBONY MAYFIELD

5  Sworn to and subscribed before me this
7  day of           2021.

Page 45

## CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, the undersigned authority, certify that EBONY MAYFIELD, personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 23rd day of August 2021.

JEFFREY M. GOLDSTEIN
Notary Public - State of Florida
My Commission expires: 02.29.2024
Commission No. GG 955442

Page 46

## REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, JEFFREY M. GOLDSTEIN, Registered Professional Reporter, certify that I was authorized to and did stenographically report the deposition of EBONY MAYFIELD; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

DATED this 3rd day of September 2021.

JEFFREY M. GOLDSTEIN, R.P.R.

Page 47

CORRECTION SHEET

Re: Milner, et al., vs. Galardi
Deponent: Ebony Mayfield
Monday, August 23, 2021

PAGE NO.   LINE NO.   CORRECTION OR CHANGE

_____
EBONY MAYFIELD

Sworn to and subscribed to before me this _____ day of _____, 2021 by _____ who produced _____ as Identification.

_____
Notary Public-State of Florida
My Commission No.
Expires:

Page 48

CHOICE / UNITED REPORTING SERVICE, INC.
REGISTERED PROFESSIONAL REPORTERS / VIDEOTAPE DEPOSITIONS COMPUTER TRANSCRIPTION / LITIGATION VIDEO TELECONFERENCING

JEFFREY M. GOLDSTEIN   Registered Professional Reporter
Ft. Lauderdale (954) 728-9886  Miami (305) 374-2222

Friday, September 3, 2021

RE: Milner, et al., vs. Galardi

Ebony Mayfield
c/o Astrid E. Gabbe, P.A.
P.O. Box 4216
Hollywood, Florida 33083
Phone: 954-303-9882
Fax: 954-983-1427

Dear Ms. Mayfield
With reference to your deposition taken on Monday, August 23, 2021 in connection with the above-captioned case, please be advised that the transcript of the deposition has been completed and is awaiting signature.
If this has not been taken care of, however, within the next 15 days or by the time of trial, whichever comes first, we shall conclude that the reading and subscribing of the deposition have been waived without further notice.
Sincerely,
BY: Jeffrey M. Goldstein, RPR

**A**

**able** 30:23 31:22,23 34:25 35:1 36:21
**above-** 48:16
**account** 25:19,23
**accountant** 26:22
**action** 46:18,19
**adult** 10:14,25 11:2 11:15,16 30:14
**advance** 28:10
**advised** 48:16
**aforementioned** 6:19
**aggressive** 35:20
**ago** 7:16
**agree** 21:2 24:12
**agreed** 33:24 34:6
**AINSWORTH** 2:2,4
**Air** 3:23,25
**Aircraft** 4:5
**Airline** 4:5
**Akinyeles** 41:7
**al** 1:8 47:3 48:8
**Alley** 12:18
**amount** 17:8,10 18:24 21:17 30:2,6
**amounts** 34:22
**Angela** 1:8 32:20,21 32:24 33:12 34:2
**anger** 9:17
**answer** 5:16,17,20 14:18 41:22
**answered** 14:21
**any-** 38:15
**anybody** 30:11
**anytime** 21:2
**APPEARANCES** 2:1
**appeared** 45:7
**approximate** 21:16
**approximately** 8:7
**area** 15:11
**arrest** 6:15
**arrested** 6:8,11,17 7:14
**arrests** 8:1
**arrive** 20:21
**Ashley** 32:6
**asked** 26:14,16 27:2 30:9 33:19 41:20
**asking** 5:24 33:21
**associated** 28:15
**assumed** 40:17 42:19
**Astrid** 48:11

**Atlanta** 2:4 4:8 7:9 8:3 9:3 10:4,17,18 12:19 14:4,8 15:12 26:21,21 41:5,11
**attention** 40:7 41:4,9 41:18
**attitude** 34:20
**attorney** 15:19 16:4 32:3 46:15,17
**attorneys** 31:19,25
**attributed** 15:22,23
**August** 1:17 45:12 47:4 48:16
**authority** 45:6
**authorized** 46:8
**auto** 7:19,23 8:24,25 9:5,22
**average** 16:5 18:11 19:1,3 20:11,14,15 22:18 23:13,14 24:2 25:8 29:15,17,18,19 29:23,23
**Aviation** 3:25 4:2,4
**awaiting** 48:17

**B**

**back** 6:12 14:20 15:11 27:10 33:2 37:9,20,22 38:23 39:6,11 43:9
**bad** 35:6
**bag** 16:22,22,23
**bags** 16:24,25,25
**band** 30:25
**bank** 25:19,23
**bar** 11:23 16:10
**bar-** 12:3
**bartend** 11:25
**bartender** 11:4,8,18
**bartending** 11:22 12:2,8
**base** 16:7
**based** 16:2,5 17:19 26:21 32:11
**basically** 15:24 27:12 29:5 34:20
**battery** 7:19,21 8:23 9:2
**beautiful** 36:15,15
**began** 11:22
**beginning** 15:10 19:21 40:23

**behalf** 2:5
**believe** 30:9
**better** 7:2 35:22
**biggest** 34:16
**bills** 16:18,18
**birth** 6:3
**birthday** 27:16
**bit** 12:2 43:9
**black** 36:8
**Blaze** 12:21
**blue** 10:7,8,13,18 11:12 12:9,20 27:17
**Booby** 12:17
**bought** 28:11
**Boulevard** 1:16 2:7
**Bowl** 19:23 20:2
**Box** 48:11
**brand** 41:16
**break** 15:21 43:9,14
**bring** 29:6 34:22
**BRODSKY** 2:9,25 3:6 6:5,7 43:4,8,12 43:15,19
**brought** 34:2
**bucks** 17:2,3 29:24 29:25
**building** 2:3 16:11 24:18,21 36:15,16 38:7
**business** 11:20 31:3,5 38:12,13 41:2,24 42:12
**buy** 27:12,14,25 28:2 28:4,14,14,16 29:8
**buying** 28:8

**C**

**C-l-a-r-k-s-t-o-n** 10:22
**c/o** 48:11
**calculated** 21:11
**call** 6:24 13:21 16:19 39:22
**called** 3:3 4:11 16:8,9 33:18
**captioned** 48:16
**care** 48:18
**case** 1:5 3:15,16,18 3:20 4:9,12,15,21 4:23 5:1,3 6:1,18 7:3,11,12 8:15 13:6 15:1 22:19 30:10

31:17,20 33:22 36:25 42:11 48:16
**cash** 25:10,17,18,22 26:5 29:16
**Cat** 12:18
**cause** 1:25
**celebrities** 36:14
**celebrity** 21:24
**certain** 27:14,15 34:22 35:1,2
**CERTIFICATE** 45:1 46:1
**certify** 45:6 46:7,14
**change** 35:12 47:5
**charge** 6:22,23 7:18 7:19,19 8:12,20,23 8:23,24,25 9:5,23
**charging** 19:24 20:3
**Charlotte** 12:22,23
**chatter** 30:22
**cheapest** 18:9
**check** 25:10,17
**CHOICE** 48:1
**City** 12:21
**claim** 4:24 20:25 21:9
**claiming** 13:16 14:25 15:14 28:24 29:2
**Clarkston** 10:19,21
**clean** 36:16
**close** 36:17
**closed** 24:8
**clothes** 27:13
**club** 10:5 12:2,18,23 13:21 14:1,1,1,2,4,5 14:9 17:25 21:23 22:1,2,3,10 26:23 28:5 31:8,11 34:20 36:7 38:2,6 40:2,5 40:24,25 41:14,15 41:18 42:18
**clubs** 10:4,15,25 11:3 11:8,10 14:6 30:15 30:18,23 31:10,14 36:12 41:12
**Coco's** 12:15
**come** 11:17 14:10 18:1 24:5,7 26:25 28:5,7 29:12 34:18 35:13,23 39:11 40:2 40:9
**comes** 48:19
**comfort** 31:16,20

32:1
**coming** 20:18 40:23
**Commission** 45:18,19 47:21
**common** 26:23
**company** 4:3,5,6,11 25:12
**company's** 4:13
**complaint** 4:9,10
**complete** 46:11
**completed** 48:17
**COMPUTER** 48:2
**conclude** 48:19
**concluded** 43:25
**conclusion** 15:25
**conflict** 41:10
**connected** 46:17
**connection** 48:16
**consider** 14:14
**consistent** 17:21
**consistently** 13:20
**continue** 36:5
**continuing** 7:3
**contractor** 26:12
**conversation** 33:17 35:21,22 37:5,13
**Coral** 1:16 2:8
**corporate** 26:20
**correct** 3:12 9:1 10:7 26:3 30:12 36:25
**CORRECTION** 47:1 47:5
**costume** 28:2
**costumes** 27:12 28:6 28:8
**counsel** 46:15,17
**County** 8:3,11 9:13 45:4 46:4
**couple** 5:9
**court** 1:1 7:10 8:5,6 43:21
**Courthouse** 8:3
**crazy** 18:25 35:6,7,11
**crew** 17:1
**criminal** 7:11,12,22 7:23 8:2,20 9:12
**crowd** 24:7
**culture** 34:20
**currently** 10:1
**customers** 16:16,18 17:11 25:14

**D**

D 2:16
Dade 8:2,11,21 9:12
damage 21:9,16
damages 13:16 15:1
  15:13,15 20:20
  27:11 28:25 29:2
dance 13:21,22,23,23
  36:5,8
danced 12:13,15,15
  12:16,17,17,19,21
  12:22 25:9
dancer 12:3,11 16:6
  34:19
dancers 37:20
dancing 12:25 14:7
  17:1,2 31:17,19
  42:17
date 6:3
DATED 46:20
dates 21:6 38:24
daughter 39:22,22
day 13:18 15:5 19:15
  22:23 23:7,16,19
  44:7 45:12 46:20
  47:18
days 14:15 22:18,20
  22:21,25 23:2,4,6,6
  23:10,11,11,12,14
  23:18 24:2 28:12
  36:21 48:18
daytime 38:1,2
de 1:16 2:7
Dear 48:15
DeCampo 32:2,10,18
  34:3
decision 31:3,5
declare 26:5,11
deduct 26:8
Defendant 1:12 3:3
Define 35:4
definitely 23:21 40:24
depend 16:25
depending 13:24
depends 18:18
Deponent 47:3
deposit 25:22
deposition 1:20,25
  3:14,18 4:11,20 5:2
  5:2,6 43:24 46:1,9
  48:15,17,19
DEPOSITIONS 48:2

designed 22:5
determined 22:17
dialogue 33:20,23
Diamonds 12:13,15
  12:16 13:1,11,17,19
  14:5,7,8,12,13,24
  19:16,18 21:3 25:9
  26:13 28:20 29:1,5
  29:16 30:2,18 33:1
  33:5 34:6 36:19,19
  37:8,18,23 38:12,17
  38:23 40:1 41:2,17
  41:24 42:15,17,25
  43:6
difference 24:15
different 12:1 13:23
  14:17 35:13
DIRECT 2:25 3:5
Discussion 6:6 43:22
dismissed 7:20 8:17
  8:19 9:10,24
District 1:1,1 7:10
DIVISION 1:2
DJ 17:6 18:16 20:6
DJs 24:24
doing 28:6 38:8 41:1
  41:23
dollar 16:17,18
dollars 18:21 34:19
donate 18:22
door 16:7 17:12 18:1
  18:2,4 24:18
doors 15:6
Doral 12:17
dressing 21:20,21
  28:7
drop 18:8
DUDLEY 2:2,4 43:3
  43:17
duly 3:4 45:8

**E**

E 2:16 48:11
E-b-o-n-y 3:9
earlier 30:9
Earliest 6:12
early 7:15 8:9,9 24:6
  38:3
earn 12:9 34:22
easier 12:3
Ebony 1:20 2:23 3:2
  3:8 44:2 45:7 46:9

47:3,18 48:10
either 23:1
else's 14:17
employed 10:1,3
employee 35:22
  46:15,16
employer 3:21,22
  6:21
ended 14:6,11
enter 16:11
entertainer 11:2,9,15
  11:16
entertainment 10:15
  10:25 13:24 30:15
entire 36:6
entitled 15:15
entity 42:13
ESQ 2:2,4,9,10
et 1:8 47:3 48:8
events 13:22 35:2
eventually 14:19
everybody 14:17
everyday 31:6
exactly 25:5 37:11
EXAMINATION
  2:25 3:5
Examinations 2:19
example 35:9
excuse 23:15
expectation 34:17
expenses 26:8,9 29:21
experience 16:6
expires 45:18 47:22
explain 43:19
explanation 7:4
external 27:18 41:4,6
extra 27:1

**F**

face 35:8
face-to-face 37:3
fair 21:6,7 24:1
familiar 5:5 41:12,16
far 6:11 20:7 26:20
father 39:17
Fax 48:13
February/March
  15:11,16 17:22 21:5
federal 3:20 6:23
  7:10 8:5
fee 15:25 16:1,3 17:7
  17:8,11,11,13,15

18:1,3,14 24:16,17
  25:4,5
feel 18:20
feels 18:22
fees 16:6,7,8,9,10,10
  16:12 18:15 19:5
  20:6,17,18,21 21:15
  24:12 25:3 27:10,11
  27:18 29:12 30:8
  35:2
felonies 9:21
felony 9:19,23
felt 31:22 35:25 36:20
field 4:2
fifty 18:5
figure 5:25 20:22
file 4:10 26:1,15
filed 1:25 27:6 42:11
financially 34:8 46:18
fire 10:11 33:14,15
  33:17
first 3:4 13:5 17:7,11
  23:18 30:19 32:2,13
  40:1,3,24,25 48:19
firsthand 6:1
five 17:4 23:12
flame 10:7,9,11,11,13
  10:18 11:12 12:9,20
flat 16:1 17:12,15
float 12:5
floor 40:10
Florida 1:1,16,24 2:8
  9:8,9 12:14,14,19
  45:3,17 46:3 47:21
  48:12
Fly 41:1,23
Follies 12:21
follows 3:4
form 25:10 26:22
former 3:20 6:21
forms 26:13
Fort 32:11,14
found 31:10
four 14:15,16 22:20
  22:21 23:10,11,11
  23:14 24:2 27:22,23
frame 13:15 21:4
  22:19 27:24 34:6
  42:16
Friday 23:5,21,24
  48:7
Ft 48:5

full-time 12:6 15:12
further 43:15 46:14
  48:20

**G**

G5 12:16
Gabbe 32:6 48:11
Gables 1:16 2:8
Galardi 1:11 13:10
  30:10 36:24 37:2,14
  37:17 39:18,23,25
  40:4 41:12 42:24
  47:3 48:8
Galardi's 14:6
Galardis 41:6 42:19
gatekeepers 38:20
Georgia 2:4 4:8 8:4
  10:19
GERALD 2:6,10
getting 33:4
GG 45:19
girl 14:14 21:19,20
  22:8,11,14,17
girls 14:10,15 16:25
  17:4 19:24 20:3,10
  21:22,23,25 27:17
  30:23,24,25 32:20
  33:4,10,15 36:8
give 5:15,16 19:1
  26:18,19 27:2 35:9
  43:8
given 17:9,10 31:21
gives 17:2
go 6:12,14 11:20
  13:22 14:2,19 16:3
  18:3 26:20 29:8
  31:7 34:21 36:3,20
  37:21 38:2,21 39:10
  39:12,19 43:16
goal 22:10
goes 5:12 17:18,20,20
  19:10 27:14
going 7:3 10:24 13:18
  13:24 14:11,19 16:1
  18:24 21:23 30:22
  31:23 33:2,13 39:12
  41:22 43:12
Goldstein 1:22 45:16
  46:6,24 48:4,22
good 7:1 31:3,5 33:5
Gorda 9:1,6
gotten 7:18,18

**group** 17:4
**guess** 5:9,24 7:1
  38:20
**guy** 17:2,4 36:1

**H**

**hair** 35:11
**hand** 18:24 45:11
**happened** 8:15 37:11
**harassing** 35:19
**harassment** 35:3,4,5
**hard** 29:18
**harder** 12:2
**he'll** 18:21,23
**heard** 36:23 39:20,21
  40:21
**hearing** 31:4
**heavy** 31:1
**held** 6:6 43:22
**hey** 14:9 26:25 27:17
  28:8 35:20 39:10
**high** 16:4
**higher** 24:4,5 35:2,2
**hire** 31:12
**Hollywood** 48:12
**home** 13:21,25 14:1,4
  14:5
**honestly** 41:9
**hour** 4:24 17:20
**hourly** 17:20
**hours** 24:1,3 38:5
**house** 16:8,9,9,23
  17:7,11 18:14 19:6
  20:6,6 24:12,16,17
  24:24 25:4,5
**Houston** 12:22
**HOWARD** 2:9
**hundred** 18:5,21

**I**

**idea** 21:8 38:8
**Identification** 47:19
**ill** 40:11,14,17
**illegal** 33:15,16
**inaudible** 8:10
**included** 25:2 27:5,10
**Including** 30:14
**increments** 17:20
**independent** 26:11
**industry** 31:1,2
**information** 6:24
**initial** 30:20
**initially** 11:9,11,14,16

  11:22 26:21 32:12
  32:13
**Inside** 38:7
**interested** 46:18
**introduced** 32:17,19
  33:18
**introduction** 32:23
  32:25
**invested** 43:5
**involved** 4:17 22:19
  27:24 42:15
**involving** 3:20
**issue** 4:23 34:16
  39:13
**issues** 31:11 33:8
  36:17,18
**items** 28:13

**J**

**J** 2:6,10
**Jack** 39:18,21,23,25
  40:4
**January** 15:7,15
  17:21 21:4
**Jeffrey** 1:22 45:16
  46:6,24 48:4,22
**job** 31:9,10 33:13,14
**July** 4:22
**jump** 31:7
**June** 6:4,16

**K**

**k-s-t-o-n** 10:23
**keep** 21:5
**kind** 4:3 11:19 12:4
  39:1
**King** 12:13,15 13:1
  13:11,17,19 14:4,7
  14:7,12,12,24 19:16
  19:18 21:3 25:9
  26:13 28:20 29:1,4
  29:16 30:2,17 32:25
  33:5 34:6 36:18,19
  37:8,18,22 38:12,17
  38:23 40:1 41:2,17
  41:24 42:15,17,25
  43:6
**knew** 26:22 28:6 41:5
**know** 7:2 13:6 14:18
  17:16 21:23 27:10
  27:13 28:10 32:15
  33:1,8 37:16,19
  38:11,14,15 39:3,16

  40:6,11,13,14 41:1
  41:3,21,23 42:10,10
  42:12,18,20,22,24
  43:5
**knowing** 39:5
**knowledge** 6:1 9:18
  26:23

**L**

**Large** 1:24
**late** 38:4
**latest** 24:10
**Lauderdale** 32:11,14
  48:5
**law-** 4:17
**lawsuit** 4:18 30:19,20
  31:8,23 32:20 33:2
  33:3,4,9
**lawyer** 33:22
**learn** 35:15
**leave** 24:11 40:10
**left** 29:15,22 30:2,7
**Lennys** 41:7
**Leon** 1:16 2:7
**let's** 5:9 6:14 8:8 9:25
  20:5 21:2 35:20
**level** 31:16
**license** 11:23
**likes** 18:19
**LINE** 47:5
**LITIGATION** 48:2
**little** 12:2 36:2
**located** 4:7 32:10
**long** 11:7
**longer** 31:17,19
**look** 18:25 41:19
**looked** 25:25 40:16
**looks** 35:11
**lose** 33:13 35:10
**losing** 33:12
**lot** 16:17 18:20 30:21
  30:22
**loud** 5:20
**Lounge** 10:7,13,14
**Low** 41:1,23

**M**

**M** 1:22 45:16 46:6,24
  48:4,22
**M-a-y-f-i-e-l-d** 3:11
**ma'am** 6:3
**Magic** 12:21
**main** 21:21

**management** 9:17
**manager** 20:10
**managers** 39:13
**manner** 35:20
**Masters** 41:14,15
**Mayfield** 1:20 2:23
  3:2,8,13 44:2 45:7
  46:9 47:3,18 48:10
  48:15
**mean** 21:19 29:20
  33:6 34:13
**meet** 19:4 36:4 39:23
  39:25
**meeting** 36:3
**met** 32:6,8,13,13 37:2
  37:3
**Miami** 1:2 14:5,9,11
  36:8 48:5
**MIAMI-DADE** 45:4
  46:4
**Michael** 32:2,10,17
  33:18 34:3
**middle** 19:4
**Milner** 1:8 32:21 47:3
  48:8
**Milner's** 34:2
**mind** 41:6,8
**mine** 7:1
**mini** 22:2
**minimum** 14:15 19:8
  20:25 21:9,14
**misdemeanor** 9:19,20
**misdemeanors** 9:21
**mobile** 13:25
**mom** 16:23 19:6 20:7
**moment** 43:8
**moms** 24:24
**Monday** 1:17 23:5,21
  23:24 47:4 48:16
**money** 12:9 15:13
  16:14,16,17,20,21
  16:21,22,24 17:8
  18:19,20,22,24
  25:16 30:2,6,8 33:7
  34:17 35:11,16 36:1
  36:9,10 42:25 43:1
  43:5
**month** 15:8 19:25
  27:22,23
**morning** 24:8,9,11
**moved** 32:12

**N**

**N** 2:16
**name** 3:7 36:23 41:8
**need** 14:10 27:17
  31:7 35:12,12,15
**needed** 12:5 19:11
**negative** 30:7
**never** 18:23 25:12
  37:3,5 38:4,4,21
  39:20 40:6 41:3,8
  41:17
**night** 16:2,3,4 17:9
  19:8 20:12,14,16
  29:17,24,25 30:3
**nightly** 15:25
**nights** 30:6
**Nikki's** 12:23
**Nope** 43:17
**Northern** 7:10
**Northside** 2:3
**Notary** 1:23 45:17
  47:21
**notes** 46:12
**notice** 1:24 48:20
**numbers** 36:4,4

**O**

**o'clock** 18:1,2 24:8
  24:10,10,11 38:3
**OATH** 45:1
**Objection** 43:3
**obviously** 36:23
**occur** 27:20
**occurrence** 27:19
**office** 26:20 27:1 37:4
  37:7,9,20,22 38:9
  38:23 39:6,10,18
**official** 45:11
**oh** 9:23 12:23 34:16
  34:18 35:24 41:18
**okay** 5:11,13,14,19
  5:22,23 6:2,14,20
  6:25 7:13,21 8:18
  9:18,25 10:14 11:24
  12:8 13:4,10 15:2
  15:21,24 17:24
  18:14 19:1,7,9 20:5
  20:13 22:4,24 23:23
  24:17,20,25 25:8,16
  27:23 29:11,20 30:5
  32:7 33:23 34:24
  39:16,23 41:21

42:14,24 43:10,11
**once** 39:10,15 40:8
**Onyx** 12:19,19,22,22
   14:4,8 30:20,21
   33:9 41:13,13,13
**open** 7:5,6 12:4 16:23
**opened** 13:18 15:6,6
   40:1,4,7,24,25
**opening** 14:9
**opportunity** 5:15,17
**opposed** 5:21
**order** 28:10,13 29:8
**ordered** 29:4
**original** 14:20,23
**ostracized** 30:24
**outfit** 29:6,7,8
**outfits** 27:14 28:16,16
   28:25 35:12
**outs** 35:3
**outside** 16:13 29:1
**owe** 33:6
**owned** 41:1,3,23
   42:18
**owner** 4:13 13:11
   38:18,19 39:16
**owner's** 39:11
**oxygen** 40:16

**P**

**P.A** 2:6 48:11
**p.m** 1:17,17
**P.O** 48:11
**page** 2:19 20:6 47:5
**paid** 16:4 19:2 25:9
   25:11,12,13,14
   29:21 30:7 40:6
   41:4,9,17
**park** 19:24 20:4
**parking** 19:12,13,19
   19:21,22,22 20:7
**Parkway** 2:3
**part** 10:10 20:20,24
   21:16 22:11 28:24
   29:2 41:10
**particular** 17:9
**parties** 12:1 13:23
   22:2,7,12 27:15
   35:1 46:16
**parties'** 46:17
**party** 4:14 21:22,24
   21:25 27:16,16 28:1
   28:7

**passing** 35:23
**pay** 16:1,10 17:12
   18:2,16 19:12,19,22
   24:6,17,20 33:3
**paying** 19:22
**Peace** 3:23,25
**people** 16:19 22:5
   36:20 38:20 41:4,6
**percentage-wise**
   27:20
**perform** 34:21
**performed** 11:2
**period** 13:5 36:6 40:3
**person** 31:21
**personally** 39:9 41:9
   45:7
**Phone** 48:12
**phonetic** 32:2 41:7
**physically** 39:14,15
**pick** 16:20,20,21 22:8
   22:21 23:6 36:21
**picked** 22:22,25
**Pinups** 12:21
**place** 8:1,2,8 13:16
   36:20
**places** 12:1 13:23
**Plaintiffs** 1:9 2:5
**please** 3:7 5:20 48:16
**pocket** 43:1
**point** 11:17 40:14,22
**pole** 35:15,16
**Ponce** 1:16 2:7
**Pops** 41:7
**popular** 36:8
**positions** 12:4
**preferred** 36:19
**presumptuous** 10:24
**pretty** 5:5 16:16
**prior** 7:13 8:3,10,11
   8:13 12:8,9,19,20
   12:24 14:7 33:9
**private** 12:1 21:24,25
   22:2,11
**probably** 6:12 7:2
   11:22
**problems** 33:16
   34:10,12,13
**process** 5:7
**produced** 47:19
**productive** 34:7
**Professional** 1:23
   46:7 48:1,4

**protocol** 5:12
**provided** 19:12
**providing** 29:9
**Public** 1:23 45:17
**Public-State** 47:21
**published** 26:25
**pull** 21:25
**Punta** 9:1,5
**purchased** 29:1
**pursuant** 1:24
**put** 16:22 43:1

**Q**

**question** 5:15,17
   14:20,23 21:3 23:18
   41:22
**questions** 33:19
   43:15
**quickly** 5:13

**R**

**R.P.R** 46:24
**range** 17:16 24:10
**rare** 18:9,10
**read** 43:23
**reading** 43:20 48:19
**really** 7:3 18:10,10
   23:25 38:15 41:3
**reason** 24:4 31:13
**reasonable** 24:7
**received** 25:23
**reckless** 35:7
**record** 6:5,6 43:22
   46:11
**recount** 20:5
**reference** 4:12 6:18
   31:21 35:14 39:20
   39:21 48:15
**referring** 21:4
**regarding** 6:1
**Registered** 1:22 46:6
   48:1,4
**regular** 19:12 27:19
**relates** 37:18
**relating** 38:12
**relative** 46:15,16
**relocated** 15:11
**remember** 8:7 9:15
   14:21 20:2 37:11
   40:15,22
**rent** 22:6
**repeating** 21:6
**repercussions** 34:23

   34:25
**report** 46:8
**Reporter** 1:23 43:21
   46:7 48:4
**REPORTER'S** 46:1
**REPORTERS** 48:1
**REPORTING** 48:1
**represent** 14:2
**requested** 46:10
**resolved** 7:8
**respectfully** 14:20
**restaurants** 12:1
**restroom** 43:13
**result** 8:16 9:16
**return** 26:9
**returns** 26:1,6,12
**review** 46:9
**Rick** 41:8
**right** 5:7 7:9 8:13
   13:3,15 17:7 18:17
   19:14 20:18 22:13
   24:1,19 25:13,19
   27:3 30:17 34:5
   36:24 38:13,17
   42:16
**righty** 9:25 27:8
**room** 21:21 28:7
**rooms** 21:20
**rotate** 23:22
**RPR** 48:22
**rumors** 30:22

**S**

**S-t-r-o-k-e-r-s** 10:6
**safe** 36:20
**sat** 37:5
**Saturday** 23:5,22,24
**saw** 25:25 38:9,22
   40:20
**says** 33:3,3,6,13
**seal** 45:11
**second** 20:2
**section** 22:1 35:24
   36:1
**see** 9:25 37:25 38:6
   39:14,19 40:4,8
**seeking** 15:14 20:24
**seen** 18:9 39:9,15
   40:15
**sell** 28:6
**sense** 26:24 29:9 35:5
**sent** 9:17

**separate** 21:21
**September** 46:20
   48:7
**SERVICE** 48:1
**servicing** 4:5,6
**settled** 33:10
**settlement** 33:10
**share** 21:21
**sheet** 18:2 47:1
**shifts** 14:16
**shooting** 36:18
**shoots** 22:6
**short** 43:9
**side** 11:20
**signature** 48:17
**simply** 5:25
**Sincerely** 48:21
**single** 30:3
**sit** 35:20
**slipping** 41:8
**slow** 18:7 22:23,25
   23:7,16,19,20
**slowed** 39:2
**small** 18:23
**smoothly** 5:12
**some-** 14:2
**somebody** 18:20,22
   27:16
**soon** 18:3
**South** 12:18
**SOUTHERN** 1:1
**speaking** 5:18
**special** 19:12
**specific** 28:12,12
**specifically** 22:1
   37:21
**speculate** 5:24
**speculating** 39:4
**Spell** 3:24
**spoke** 30:25 32:3,24
**Spring** 4:1
**Springfield** 3:25 4:3
**stage** 16:19 18:21
**stalking** 7:18,21 8:8
   8:15,23 9:2
**start** 8:8 12:14
**started** 11:11 13:17
   13:19 14:12 15:2,5
   16:13,15 19:22,23
   20:3 34:1
**starts** 17:18
**state** 1:24 3:7 8:5,6,6

45:3,17 46:3
**STATES** 1:1
**stenographic** 46:11
**stenographically** 46:8
**step** 27:1
**stole** 33:7
**stop** 15:9
**stopped** 15:10 40:6,7 40:23
**stressful** 36:3
**strictly** 25:15
**strike** 25:8
**strip** 12:2
**Strokers** 10:4,18 11:12 12:8,20
**structure** 17:25
**stuff** 28:11
**subscribed** 44:5 47:18
**subscribing** 48:19
**sue** 30:17 31:8,13,16 33:5
**sued** 30:10,11 36:24
**suing** 13:9,10 30:23
**Suite** 2:3
**suits** 4:18
**Sunday** 23:5,22
**Super** 19:23 20:2
**superstars** 36:15
**sure** 32:16 43:17
**sweepers** 16:20
**sworn** 3:4 44:5 45:8 47:18

**T**
**take** 8:1 16:13,21,22 16:24 17:3,5 21:3 43:8
**taken** 1:22 3:14,19 4:20 5:2,3 43:14 48:15,18
**talk** 25:3 29:13 35:5,7 37:21 38:21 39:13 43:9
**talking** 19:17 23:13 26:9 28:16 37:17 38:16 39:17
**tank** 40:17
**tax** 26:1,5,9,12,13
**taxes** 26:15 27:6 33:1
**TELECONFEREN...**

48:2
**tell** 15:4,13 17:14 19:7 29:15 30:1 32:23 33:21 38:22 39:5,14
**telling** 16:5 27:24 36:13 39:3
**tender** 12:4
**Teri** 1:11 13:10 30:10 36:23 37:2,13,16 42:24
**term** 25:2
**terms** 15:22 38:24
**testified** 3:4
**Thank** 27:8
**theft** 7:19,23 8:24,25 9:5,22
**Thereupon--** 3:1
**thing** 12:6 24:13 38:16
**things** 21:22 22:7 27:13 28:12,25 35:13
**think** 20:1 32:12 33:5
**thinks** 18:19
**third** 10:12
**thought** 27:9
**thousand** 34:18
**three** 8:3,13 23:15,18
**throw** 16:17
**throwing** 16:16,18
**throws** 17:4
**till** 24:7 40:4
**time** 11:13 12:25 13:2 13:5,15 16:2 17:19 21:4 22:19 25:20 27:24 28:9 30:21 31:6 33:9 34:6 36:6 36:7 37:12 38:25 39:7 40:3,15,20 42:16 43:13 48:18
**times** 6:11 18:7 27:22 27:23
**tip** 17:6 20:10 22:16 25:16
**tip-** 35:2
**tip-out** 24:4,5,7,13,16 24:20,23,24 25:2 34:23
**tip-outs** 14:16 22:15 25:1
**tipped** 25:14

**tips** 17:10,10 25:15 25:23
**tips-outs** 13:13
**TOBIN** 2:6,10
**today** 13:6 23:20 32:8
**told** 9:15 20:21 21:15 30:19 38:18 39:18
**tomorrow** 31:9
**tonight** 29:6
**top** 36:7
**total** 15:17 21:12 23:10,11
**totals** 21:13
**transcript** 46:10,10 48:16
**TRANSCRIPTION** 48:2
**transitioning** 11:19
**Trap** 12:17
**trespass** 9:12
**trespassing** 7:22,23 8:2,20
**trial** 48:18
**tricks** 35:15,16
**true** 46:11
**try** 21:2 24:6
**trying** 5:25
**Tuesday** 23:2,7
**Tuesdays** 23:1
**turned** 41:13
**two** 10:4 11:3,8 12:7 20:3 22:25 32:8
**type** 22:7 35:13,22
**typically** 14:17 23:4

**U**
**uh-huh** 5:21
**uh-uh** 5:22
**uncomfortable** 34:14
**undersigned** 45:6
**understand** 23:9 25:6
**understanding** 5:10 13:8 24:15
**Understood** 4:14 16:12 22:9 33:25
**unhappy** 34:14
**UNITED** 1:1 48:1
**upstairs** 16:22
**upwards** 17:19
**use** 19:11 35:6 43:12
**usually** 24:9 38:1

**V**

**varies** 17:1 18:18
**vendors** 28:5,9
**video** 22:6 48:2
**VIDEOTAPE** 48:1
**violations** 13:12,12
**violent** 36:16
**VIP** 14:14,14 20:10 21:19,20,25 22:8,11 22:14,17
**vs** 1:10 47:3 48:8

**W**
**wage** 4:24 13:12 33:2 33:3
**wages** 20:25 21:9,14
**waived** 48:20
**waiving** 43:20
**walk** 16:7 17:12 18:4 38:19 40:9,10
**walked** 37:4 39:9
**walking** 40:16
**want** 5:21 14:18 15:6 31:7 34:19 41:20 43:19
**wanted** 23:3
**wanting** 11:20
**wasn't** 6:23 26:23,24 27:18 31:2,3,5,23 35:18,20
**way** 22:14 29:16
**we'll** 12:13 43:9
**we're** 5:17 12:14 13:6 13:10 14:9 19:17 20:5 21:4 26:8 37:17 38:16
**we've** 33:8 34:6
**wear** 27:17
**Wednesday** 23:2,8,24
**Wednesdays** 23:1
**week** 14:15,16 22:18 23:11,14,19 40:9
**weeks** 23:12
**weight** 35:10
**went** 27:1,10
**weren't** 29:9
**what-** 5:20
**whichever** 48:19
**white** 27:15 28:1,2,3 29:6,7,8
**wire** 25:10
**witness** 3:3 43:11,23 45:11

**witnessed** 30:24,25
**word** 10:12 35:6
**words** 35:18
**work** 10:4 13:12 14:11,15,16,23 16:2 22:15,16,19,23 23:1 23:2,4,7,12,12,19 23:20,21 24:2,3,5,6 24:9,10 28:13 29:6 29:7,9 30:8,24 31:7 31:22,24 35:1,1,13 36:3 38:3 41:20
**worked** 4:10 11:10 13:19 14:8 23:5 30:15 32:25 36:17 36:21 37:19,22 41:5 41:13,14
**working** 11:7,11 13:17,19 14:12 15:2 15:5 30:21 31:6,8 33:12 34:5 35:15 38:11 41:16
**works** 17:6
**world** 13:21,25
**worth** 33:12
**wouldn't** 34:25 35:1
**write** 17:17

**X**
**x** 1:13 2:16

**Y**
**yeah** 9:7,24 16:9 19:18 20:14 33:3,7 40:22
**year** 16:14 19:25 27:21
**years** 7:16 11:11 12:7 14:25 15:14 21:13 26:19 27:5 37:17 38:16,24 39:8

**Z**

**0**
**0** 30:6
**02.29.2024** 45:18

**1**
**10** 7:15 11:11 19:8 24:3,10,10
**10%** 16:14,15,24 17:3,5,6,8 18:15

20:6 24:22,23
**1099** 26:13
**1099s** 26:16,25 27:3,4
**14** 6:4 26:3
**15** 48:18
**150** 16:3 17:18 18:11
**1982** 6:4
**1998** 6:13

### 2
**20** 18:23,24 19:15,21 20:12,14,15
**20-23230-CIV-CA...** 1:5
**200** 2:3
**2000** 8:9
**2000s** 8:9
**2004** 11:12,13
**2006** 8:10,11,13
**2007** 11:23
**2008** 8:12 9:13 13:18
**2009** 13:18,18 15:2,3 15:4,7,15 17:21 21:4 26:3 40:19 41:2,24
**2010** 16:14,15 38:25 42:1
**2011** 20:1 42:3
**2012** 13:20 20:2 39:1 42:5
**2013** 42:7
**2014** 15:3,8,10,16 17:22 21:5 42:9
**2019** 4:22 6:16
**2021** 1:17 44:7 45:12 46:20 47:4,19 48:7 48:16
**20s** 7:15
**22,000** 33:11
**23** 1:17 47:4 48:16
**23rd** 45:12

### 3
**3** 2:23,24,25 24:7 48:7
**3:13** 1:17
**30327** 2:4
**305** 48:5
**33083** 48:12
**33146** 2:8
**363,000** 15:20 20:22 20:24 21:9,17
**374-2222** 48:5

**3rd** 46:20

### 4
**4** 24:7
**4:10** 1:17
**4200** 2:3
**4216** 48:11
**4551** 1:16 2:7

### 5
**5,000** 17:5 30:4
**50** 18:8 19:3
**500** 16:3,4 17:2,3,19 18:6,12

### 6
**6** 24:8,11

### 7
**7** 24:11 38:3,3
**728-9886** 48:5

### 8
**8** 18:1,2
**800** 29:19,24,25

### 9
**9** 24:9,10
**95,000** 21:10
**954** 48:5
**954-303-9882** 48:12
**954-983-1427** 48:13
**955442** 45:19