Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23230-CIV-CANNON/Otazo-Reyes

ANGELA MILNER, et al.,

    Plaintiffs,

vs.

TERI GALARDI,

    Defendant.

- - - - - - - - - - - - - - x

4551 Ponce de Leon Boulevard
Coral Gables, Florida 33146
August 20, 2021
10:55 a.m. - 11:55 a.m.

DEPOSITION OF MARLEKA WILLIAMS

Taken Before Jeffrey M. Goldstein, Registered Professional Reporter and Notary Public for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.

Page 2

APPEARANCES

THE LAW OFFICE OF ASTRID E. GABBE, P.A.
P.O. Box 4216
Hollywood, Florida 33083
BY: ASTRID E. GABBE, ESQ.
On behalf of the Plaintiffs

GERALD J. TOBIN, ESQ.
4551 Ponce de Leon Boulevard
Coral Gables, Florida 33146
BY: HOWARD BRODSKY, ESQ.
and GERALD J. TOBIN, ESQ.
On behalf of the Defendant

I N D E X

Examinations                     Page

MARLEKA WILLIAMS              3
                              3
DIRECT EXAMINATION BY MR. BRODSKY   3

Page 3

 1  Thereupon--
 2        MARLEKA WILLIAMS
 3  was called as a witness by the Defendant and,
 4  having been first duly sworn, testified as follows:
 5        MR. BRODSKY: Okay. Let the record reflect
 6  that this deposition was duly noticed by
 7  agreement of the parties to commence today at
 8  9:30 a.m., and counsel for the claimant who is
 9  present and the claimant arrived at
10  approximately 10:30 a.m. We are now getting
11  ready to start the deposition.
12        The witness is sworn?
13        THE COURT REPORTER: Yes.
14        DIRECT EXAMINATION
15  BY MR. BRODSKY:
16    Q.  Please state your name.
17    A.  Before I do, I apologize for my tardiness,
18  but I didn't get your guys' address until 9:30 and
19  I'm all the way in Dania Beach. So I apologize.
20    Q.  I apologize that is not our responsibility
21  to give you.
22    A.  I understand. I just wanted to apologize,
23  that's all.
24    Q.  So you're saying you didn't get the
25  address from your lawyer until this morning?

Page 4

 1    A.  Correct.
 2    Q.  At 9:30?
 3    A.  Correct.
 4    Q.  Okay.
 5        MR. GABBE: From my paralegal. I was in
 6  traffic.
 7  BY MR. BRODSKY:
 8    Q.  Please state your name.
 9    A.  Marleka Williams.
10    Q.  Have you ever had your deposition taken
11  before?
12    A.  No sir.
13    Q.  So let me go over what it is and try to
14  put together certain guidelines so it goes as
15  smooth as possible, okay?
16    A.  Okay.
17    Q.  You're a claimant in this case. You know
18  that, right?
19    A.  Umm-hmm.
20    Q.  And one of the things you have to do is
21  you have answer out loud, say yes, no or whatever
22  it is you're going to say. Uh-huh, uh-uh doesn't
23  work.
24    A.  Okay.
25    Q.  Because he's taking down everything we're

Page 5

1  saying, okay?
2     A. Okay.
3     Q. So we're here today in a case styled
4  Angela Milner, et al., versus Teri Galardi, and you
5  are one of the named plaintiffs, correct?
6     A. Correct.
7     Q. I see that you have a piece of paper
8  sitting in front of you. What is it that you have
9  sitting in front of you?
10    A. It was my information. I was making sure
11 that everything that Daya (phonetic) gave him was
12 correct. This is my first time getting this
13 document. So yeah.
14    Q. Okay. So keep that there. We'll deal with
15 it, all right?
16       Now, let me ask the question --
17    A. Okay.
18    Q. -- then I'll let you answer the question
19 so we're not talking over each other, okay?
20    A. Okay. Because that way it makes it
21 difficult for the court reporter to take it down.
22       MR. GABBE: And may I make one
23    interjection? Just in case I want to object,
24    just give it one or two seconds. So if I
25    want -- probably I will not, but if so, then

Page 6

1     allow me to go forward with my objection
2     before you answer, okay?
3        THE WITNESS: Okay.
4  BY MR. BRODSKY:
5     Q. Okay. Also I'm asking you to tell me about
6  what you know today, not what you think. I'm not
7  asking you to speculate. I'm asking you to tell me
8  what it is that you know, okay?
9     A. Okay.
10    Q. If you don't understand something, tell me
11 you don't understand and I'll do my best to make it
12 clear so we're both on the same page.
13    A. Okay.
14    Q. Do you have any questions of me before we
15 start in terms of how the procedure is going to be?
16    A. You're going to ask the question and I'm
17 going to answer it, correct?
18    Q. That's right.
19    A. All right. Got it.
20    Q. You've been sworn under oath.
21    A. Okay.
22    Q. And now let's begin the deposition.
23    A. All right.
24    Q. Your name is Marleka Williams, right?
25    A. Correct.

Page 7

1     Q. What is your date of birth?
2     A. 04/26/1989.
3        MR. BRODSKY: And off the record.
4        (Discussion held off the record)
5  BY MR. BRODSKY:
6     Q. Have you ever been arrested?
7     A. Teenage years, so not really.
8     Q. Tell me about it. About how long ago and
9  what was it?
10    A. Under 18.
11    Q. Well, let's see. '89, '99, 2009.
12    A. I'm 32.
13    Q. So 32. What were you arrested for as a
14 teenager?
15    A. Excuse my language, but smoking marijuana.
16    Q. Okay. Anything else?
17    A. No sir.
18    Q. So you've been arrested one time?
19    A. Yes sir, to my knowledge.
20    Q. And it was for possessing marijuana?
21    A. Umm-hmm.
22       THE COURT REPORTER: You have to say yes or
23    no. You can't --
24       THE WITNESS: I'm sorry, I'm sorry. Yes
25    sir.

Page 8

1  BY MR. BRODSKY:
2     Q. All right. Now, tell me about what your
3  claim is in this case, explain it to me. What are
4  you claiming that Teri Galardi did wrong?
5     A. I was an employee there, and I paid to
6  work there but I never received a salary, I never
7  received a paycheck from her at all. I paid to be
8  there, and then they took 10% of my money every
9  night that I worked.
10    Q. Okay. What is the time frame for which you
11 are claiming damages in this case?
12    A. From March 2012 until December 2014.
13    Q. March 2012 till December did you say?
14    A. December 2014.
15    Q. Okay. So you were working, you were
16 dancing at the King of Diamonds, is that correct?
17    A. Correct.
18    Q. And you started March of 2012?
19    A. Well, I originally got hired in September
20 of 2011, but it was just for an event and I didn't
21 really start working until March. So on the record,
22 March 2012 is when I officially started really
23 working.
24    Q. And again your claim for damages is from
25 March of 2012 according to you and through December

Page 9

1  of 2014 --
2  A.  Correct.
3  Q.  -- is that right?
4  A.  Yes sir.
5  Q.  Okay. So tell me in March of 2012 till
6  December of 2014, what were you doing at the King
7  of Diamonds?
8  A.  I was an entertainer.
9  Q.  Okay. A nude dancer?
10 A.  You can see that.
11 Q.  And you said that you were not paid
12 minimum wages, is that what I heard you say?
13 A.  I was not.
14 Q.  Okay. And you said you had to pay.
15 A.  Yes sir I did.
16 Q.  Explain that to me.
17 A.  Can I just speak freely?
18 Q.  Yes.
19 A.  Okay. I'm not one of the girls that have
20 fake accessories, so I had to get there a little
21 bit earlier. So I would get there normally when I
22 open like I'll say 8:30ish when security got there,
23 and it started like a hundred dollars and it'd go
24 up each hour that you would come. So minimum I
25 will pay like a hundred dollars to walk in the

Page 10

1  building.
2  Q.  And that's on each day that you danced
3  you're saying --
4  A.  Yes sir.
5  Q.  -- between the same time frame?
6  A.  Yes sir. I always got there early. Because
7  I have stretch marks, so I had to get spray tan
8  done, I had to get makeup done, I had to get hair
9  done. They would not let you walk out the dressing
10 room unless you were done up. They were sitting
11 right back in there. So yes sir, I would get there
12 early to make sure everything was ready so I can
13 get on the floor.
14 Q.  So that would be --
15 MS. GABBE: I'm sorry.
16 BY MR. BRODSKY:
17 Q.  -- 8 --
18 A.  8:30.
19 Q.  8:30.
20 A.  I stayed from 8:30 when they opened till
21 the time they closed.
22 Q.  8:30 a.m. or p.m.?
23 A.  P.m.
24 Q.  Did I hear you also -- can I continue or
25 are you -- are you ready? Can I go, continue or

Page 11

1  what with the deposition?
2  MS. GABBE: Well, they're turned off. I'm
3  not using the phones. I just wanted to make
4  sure they're --
5  MR. BRODSKY: So the answer is yes, I can
6  continue?
7  MR. GABBE: You may continue --
8  MR. BRODSKY: Thank you.
9  MS. GABBE: -- and -- sorry, I did not
10 think of the phones. It's been a morning.
11 BY MR. BRODSKY:
12 Q.  Okay. So --
13 MS. GABBE: It's my fault.
14 BY MR. BRODSKY:
15 Q.  Did I hear you say that in addition to the
16 payment of the hundred dollars, that you had to pay
17 something else --
18 A.  Yes.
19 Q.  -- when you danced?
20 A.  Yes sir.
21 Q.  What was that?
22 A.  I had to pay the hairdressers. I had to
23 pay the makeup artists. They had special rooms
24 where they had hairdressers and special rooms for
25 the makeup artists. Then I also had to get spray

Page 12

1  tan and the house mom had to spray tan.
2  Q.  So you had to pay all these people money?
3  A.  Yes sir.
4  Q.  How much did you pay each individual?
5  A.  It's different. Ballpark, light face would
6  start at like $25.
7  Q.  Who?
8  A.  A light face meaning light makeup. That
9  started at $25, but it can go up to at least 80.
10 Like if you wearing jewels and eyelashes and all
11 that stuff it can go up to $80.
12 Q.  All right.
13 A.  So between 25 and $80 on the makeup.
14 Q.  All right.
15 A.  On the hair, the hair always started at
16 $50.
17 Q.  All right.
18 A.  It depends on what you had done, but it
19 always started at 50.
20 Q.  Okay.
21 A.  And the spray tan it was $10 each time I
22 used it.
23 Q.  Did you have to pay anything else?
24 A.  At the end of the night. We talking about
25 walking in right now. That's just walking in the

Page 13

1  door.
2  Q.  Spray was $10?
3  A.  Yes sir.
4  Q.  Anything else that you had to pay walking
5  in the door?
6  A.  Nope, that's it.
7  Q.  And these payments that you just
8  identified were each day that you worked?
9  A.  Yes sir.
10 Q.  And were they mandatory payments?
11 A.  Yes sir.
12 Q.  Let me explain to you what I mean by that.
13 Could you have done your own makeup if you chose
14 to?
15 A.  Yes, but I would not have been able to
16 work. If it wasn't to their standard you're not
17 getting on their floor.
18 Q.  Did you ever try to do your own --
19 A.  I did.
20 Q.  Remember we're not going to talk over each
21 other.
22 A.  I'm sorry, I apologize. He told me this
23 morning, I'm sorry.
24 Q.  Did you ever do your own makeup and then
25 try to dance and it was unacceptable, is that what

Page 14

1  you said?
2  A.  Yes sir.
3  Q.  You're telling me that it was the policy
4  of the King of Diamonds that you had to have your
5  makeup done at the King of Diamonds?
6  A.  You didn't have to have it done there, but
7  you had to have their standard of what they wanted
8  you to look like basically. One of the ladies who
9  was their main makeup artist, she would let some
10 girls come to her house. They were going to be all
11 in the makeup room too long. So some girls were
12 going to her house and then some girls would get
13 their makeup done at the club. It was a standard,
14 you had to have a certain I would say model look.
15 You had to have that makeup done correctly.
16 Q.  Could you have done it yourself if you
17 chose to?
18 A.  I tried, it was unacceptable.
19 Q.  So your testimony is that it was mandatory
20 that your makeup be done by a makeup --
21 A.  By a professional. Sorry, sorry, I
22 apologize. By a professional.
23 Q.  A makeup artist through the King of
24 Diamonds --
25 A.  Yes sir.

Page 15

1  Q.  -- to be acceptable, is that what you're
2  telling me?
3  A.  Pretty much, yes sir.
4  Q.  What does pretty much mean?
5  A.  She would do it at the club or she would
6  do it at her house. So it's still the same lady,
7  she works for the club. So that's what I mean by
8  pretty much. So yeah, I had to have my makeup done
9  by professionals.
10 Q.  That was involved with the King of
11 Diamonds?
12 A.  Yes sir.
13 Q.  And that was mandatory?
14 A.  Yes sir.
15 Q.  What about the hair?
16 A.  Hair was as long as you look good, but if
17 you didn't look good you had to get your hair done.
18 Q.  Did you ever have your hair done before
19 walking in there by someone unrelated to the King
20 of Diamonds?
21 A.  Yes sir I have.
22 Q.  And was there an issue with that?
23 A.  Yes sir. They wanted me to get curls
24 instead of having straight the way I had it. So I
25 had to go and pay $25 for the curls.

Page 16

1  Q.  I thought you just told me before --
2  A.  No, it starts at 50.
3  Q.  Right.
4  A.  All I got was the curl. The curl -- it's
5  like -- it's hard to explain if you're not a woman,
6  but certain little small things, they'll do little
7  small things, but if you want your head done it
8  starts at 50. So if you want like a flat iron,
9  that's like 15, $10. If you want curls it was $25.
10 You need some gel or something, you know, they'll
11 charge you a little tip. It's little small minor
12 things, but getting your actual head done started
13 at 50.
14 Q.  So are you saying that it was
15 predominantly the curls that you got done there
16 with regard to your hair?
17 A.  No, no, no, no, no. Going back to the
18 original question, you actually said did I ever get
19 my hair done outside of King of Diamonds and I
20 still had to get it fixed. That was the question
21 you asked me. I said yes, they asked me to get
22 curls instead of leaving it straight.
23 Q.  Okay. So if you had your hair done or you
24 did your own hair before you walked into the King
25 of Diamonds you had to pay $25 each time to get

Page 17

1  your head curled?
2  A. No sir. If it looked good and you're fine
3  they didn't bother you, but if it wasn't up to
4  standard they're going to send you to send you in
5  their with the hairdresser. You have to go and get
6  your hair fixed before you can get on the dance
7  floor.
8  Q. Okay. So tell me the percentage of time
9  that you danced at the King of Diamonds that you
10 had to pay $50 for your hair.
11 A. I would say maybe a good, maybe a good six
12 times, because I'm not really from here and I
13 didn't know too many hairdressers in Miami, so I
14 had to go to them. So maybe a good six times, yes
15 sir.
16 Q. So during March of 2012 to December of
17 2014?
18 A. All the way to the 14th, yes sir.
19 Q. Six times you paid $50?
20 A. Or more, yes sir.
21 Q. Okay. How many times did you have to pay
22 to get your hair curled during that time frame?
23 A. It's been so long. I'm just going to say
24 that one because that's the only incident that I
25 actually remember. Because I thought my hair looked

Page 18

1  gorgeous straight, but they want it curled. So I
2  remember that. So I'm just going to say one.
3  Q. One time?
4  A. Yes sir.
5  Q. And then spray, $10?
6  A. Every single time.
7  Q. Every time?
8  A. Every single time, period. Because I have
9  stretch marks. I had twins. So if they're not that
10 visible -- but they said if I spray tan then I can
11 work. So every single time, and I worked six days a
12 week.
13 Q. Okay.
14 A. I'm sorry. This hair keeps touching back,
15 it's itchy.
16 Q. Are there any other fees that you had to
17 pay other than those that you just identified when
18 you walked in?
19 A. Walking in, that was the only fees.
20 Q. Are there any other fees that you had to
21 pay at all --
22 A. Walking out.
23 Q. -- while dancing? Let me finish the
24 question please.
25 A. I'm sorry. I apologize.

Page 19

1  Q. Are there any other fees that you had to
2  pay while dancing at the King of Diamonds?
3  A. I had to pay fees walking out of the King
4  of Diamonds.
5  Q. Tell me about how you had to pay those
6  fees.
7  A. You had pay the DJ. You had to pay the
8  house mom. You had to pay security, and then the
9  club took 10% of your earnings.
10 Q. DJ --
11 A. House mom, security and a 10%.
12 Q. 10% was what?
13 A. 10% of whatever you made.
14 Q. Okay. How much did you have to pay the DJ?
15 A. I believe it was $25. I believe it was 25.
16 Q. How about the house mom?
17 A. House mom, she always asked for tips on
18 the side. I'm trying to remember. I'll say 25 also.
19 The security fee was what was high because you had
20 to pay each and every security.
21 Q. How much was that?
22 A. I would say 50 total.
23 Q. On average?
24 A. On average every night.
25 Q. Tell me about the 10%.

Page 20

1  A. 10% is whatever you made. Whatever you
2  made they're taking 10% of it.
3  Q. How did you make money while dancing at
4  the King of Diamonds?
5  A. On the stage, table dances and lap dances.
6  Sometimes on the floor, because they did this thing
7  on Mondays called Monday Night Boxing, and they
8  would do what was called Rain Money. The people,
9  I'm sorry, the customers, they would just throw
10 money everywhere, and you could just be standing on
11 the floor sometimes and end up with a pile of
12 money. So stage, table dances, lap dances and Rain
13 Money on the floor.
14 Q. Okay. How much did you earn from the money
15 that you just described that you received on
16 average during March of 2012 till December 2014?
17 A. Are you asking nightly or the whole
18 amount?
19 Q. That's a very good question, and I'll
20 leave it to you to answer however you would like.
21 A. Okay. Rephrase the question one more time.
22 Q. What did you earn -- let's do it this way,
23 let's start from March of 2012 which is when you
24 said you started --
25 A. Umm-hmm.

Page 21

Q. -- to December --
A. I'm sorry. Yes sir.
Q. -- till December 31st of 2012. Can you give me a realistic approximation of the amount of money that you received while dancing at the King of Diamonds during that time?
A. I apologize, but I literally cannot. It was some nights we were making bank, then some nights you didn't make any money.
Q. What's the most that you recall ever making in one night?
A. I made 5,000 in one night, yes.
Q. Can you tell me on average what you made a night?
A. At least a thousand. At least a thousand.
Q. Okay.
A. Yeah.
Q. So you did pretty well over there --
A. Yes sir.
Q. -- during the time that you worked there, right?
A. Yes sir.
Q. What happened in December of 2014 that caused you to no longer dance at the King of Diamonds?

Page 22

A. I became pregnant with my five year old son now and became a real mother. It changed my whole life around. I'm in college, I got a job, stop doing all of that. So that's what changed my life.
Q. So since December of 2014 through the present you have not danced anywhere else?
A. No sir.
Q. Prior to dancing at the King of Diamonds beginning in March of 2012 did you dance anywhere?
A. Yes sir. I was a traveling entertainer, but the King of Diamonds was my main club that I worked at.
Q. Were you allowed to work at other clubs while dancing at the King of Diamonds?
A. They never said anything to me, so yes sir.
Q. Okay. Did you set your own schedule?
A. Yes and no.
Q. Explain please.
A. Yes, because you work when you want to work because you have to pay to work, period, you have to pay to work.
Q. Okay.
A. No, because you have to work at least two

Page 23

slow days. Basically if you wanted to be considered a house girl you had to work two slow days. Say like the main, they had to work the Monday Night Boxing on Mondays, you will have to pay extra. You have to pay like 350 or something to work if you didn't work those two slow days. So not really making your own schedule because you have to work two slow days, but you are making your own schedule because you get to pick the two slow days you want. Make sense?
Q. And I'm surmising by what you're telling me that if you decided you didn't want to work slow days you could work the better days, but you would just have to pay more to walk in the club?
A. Yes sir, correct.
Q. So how much money are you seeking by way of damages in this case?
A. From wages it's about a good 57,000. Total about 280. No, no. I'm sorry. About 240. About 240,000 rounded off, yeah, because I worked there for a while and I never received a paycheck, never received a paycheck.
Q. So are you including in the number that you just gave me, in addition to minimum wages these other fees that you paid?

Page 24

A. No, because those were the rules of the club. I'm only seeking what's owed to me and that's the wages.
Q. So the only thing that you're seeking by way of this case is minimum wages?
A. Correct.
Q. Okay. Tell me if you have ever met Teri Galardi.
A. Not to my knowledge. If I have she probably was at, what they used to call them, I haven't danced in so long, it was like a meeting we will have. They would have like a meeting with all the girls. I'm not sure if she's ever there, but I don't believe so.
Q. Let's go back to some of the ground rules. I'm asking what you know.
A. Okay.
Q. To your knowledge --
A. No.
Q. -- have you ever met Teri Galardi?
A. Personally, face-to-face, no.
Q. Have you ever spoken to her?
A. No.
Q. Have you ever seen her? Strike that. Let me do it another way. Have you ever seen her during

Page 25

1  the course of March 2012 to December 2014?
2     A.  Can I say I don't know --
3     Q.  Okay.
4     A.  -- because I'm -- honestly I don't even
5  remember.
6     Q.  You saw her yesterday during the
7  mediation.
8     A.  Yes, correct.
9     Q.  Is it fair to say that's the first time
10 you really saw her?
11    A.  No.
12    Q.  When would you have seen her prior to
13 that?
14    A.  The other mediation we had prior to that.
15       MR. GABBE: She's correct.
16 BY MR. BRODSKY:
17    Q.  Were you the one yesterday talking about
18 another mediation?
19    A.  No, that wasn't me.
20    Q.  Okay. I'm trying to understand what
21 mediations that you just talked about.
22    A.  I can't remember the date for a fact, but
23 all of us were on a Zoom, and we talked about going
24 to settlement then and trying to, you know, get the
25 case settled and she didn't want to settle.

Page 26

1     Q.  Was that in this case?
2     A.  Yes, this same case.
3        MS. GABBE: In May. If I can interrupt --
4        MR. BRODSKY: No, I'm not asking you to
5     answer the question.
6        THE WITNESS: But yes sir, this case.
7  BY MR. BRODSKY:
8     Q.  Okay.
9     A.  And it happened this year. It actually
10 happened twice. The first time it was messing up.
11 The second time it actually worked, because I was
12 sitting there for about an hour drinking coffee. I
13 don't even like coffee, but I was drinking coffee
14 to stay awoke. So yes sir.
15    Q.  Okay. So prior to that mediation was that
16 the, in other words, was that the first time you
17 actually saw her?
18    A.  To my memory?
19    Q.  Yes.
20    A.  Yes sir.
21    Q.  Okay. Is there anything that would refresh
22 your recollection otherwise?
23    A.  Pictures from the past.
24    Q.  Like what?
25    A.  We took a lot of pictures at the King of

Page 27

1  Diamonds. We took a lot of pictures. So if she's in
2  one of those pictures, I was like yeah, I remember
3  that night.
4     Q.  So, in other words, if you saw a picture
5  where you were dancing at the King of Diamonds and
6  you saw her in the picture, that would be the way
7  you would know?
8     A.  Yes sir.
9     Q.  But short of that the answer is no, is
10 that right?
11    A.  I'm one of those people, I'm bad with
12 names but great with faces. So yeah, I have a
13 photogenic memory. If you can show me a photo-
14 graph, I'm like, Yeah, I remember that night, but
15 off the top of my brain, no.
16    Q.  And if you didn't see a picture like
17 you've just described your answer would be no?
18    A.  My answer would be the mediations, that's
19 the only time.
20    Q.  Okay, we're on the same page. Do you know
21 if Teri Galardi owned the King of Diamonds during
22 March 12th, March 2012 to December of 2014? Strike
23 that. During March of 2012 through December of 2014
24 did you know if Teri Galardi did or didn't own the
25 King of Diamonds?

Page 28

1     A.  All I remember from that time is the last
2  name, because we had a meeting and they were
3  telling us that something was happening with the
4  family, and they gave out these papers and were
5  saying, you know, it's on you if you want to sign
6  it, it's on you if you don't. I can only put it
7  like that because that's the only way that I
8  remember, but I remember the last name. The first
9  name I don't.
10    Q.  Okay. So it could have been Jack Galardi?
11    A.  It could have been any Galardi. I just
12 remember the last name.
13    Q.  All right. Do you know what, if anything,
14 Teri Galardi had to do with the King of Diamonds
15 during March of 2012 through December of 2014?
16    A.  From the rumors, and I hate to say the
17 rumors --
18    Q.  No, no. From your own knowledge I'm
19 asking.
20    A.  Okay. Well, from my own knowledge from
21 being an employee inside the club she was taking
22 responsibility because we were told that the owners
23 were sick. They talked a lot in the club about what
24 was going on. The girls, the security, the people
25 that worked there, the staff, like the waitresses

Case 1:20-cv-23230-AMC   Document 136-4   Entered on FLSD Docket 10/25/2021   Page 8 of 19

8 (Pages 29 to 32)

Page 29

and stuff, some of the people that worked there actually knew everybody personally. I didn't because I'm not from here, but they told us that the owner was sick or whatever and his daughter was stepping in. I never knew the name, I just knew the last name.

Q. Do you know when that was?
A. I don't remember, I'm sorry.
Q. Okay.
A. A lot of gossip happens in strip clubs.
Q. Putting aside gossip, of your own knowledge.
A. Sorry for saying gossip. Like talking happened. That is from my knowledge because I was told that when I was working at the club.
Q. You were told that by who?
A. From the employees that worked at the club with me --
Q. Can you name --
A. -- that the owner was sick and that their daughter was taking over. One of the main -- I can't talk today I'm so hungry. One of the main people that told me that was the black lady that worked at the front door. I don't know her government name, but we call her Tan or Tangie Tan some-

Page 30

times.
Q. All right. Do you know when the owner became sick? You don't know that, right?
A. Like I said, we had a meeting about it and then everybody talked about it, but the exact dates --
Q. But you don't know when?
A. I don't.
Q. Do you know if it was in 2012?
A. I don't remember.
Q. Do you know if it was in 2013?
A. I don't remember.
Q. Do you know if it was in 2014?
A. I literally don't remember.
Q. Putting aside what you heard do you have any firsthand knowledge of what Teri Galardi's involvement in the King of Diamonds was on a daily basis?
A. To my knowledge she was the overseer of the club. Whatever her father consigned to do she did it to my knowledge.
Q. Okay. And where do you get that knowledge from?
A. From working inside the club.
Q. From hearsay, from other people talking?

Page 31

A. Like I said, everybody knew what was going on.
Q. Okay. And you don't know when that was?
A. I can't remember the dates. I'm 32. I was in my 20s. I drunk a lot of Tequila back then. I don't remember, I'm sorry. I'm just being honest.
Q. When you say took over can you define what that means?
A. What you mean?
Q. You said at some point you heard that Teri Galardi took over because the owner was sick.
A. Meaning she -- what is the word. I don't want to say overseer, but what is the word. It's like when your wife or your husband is sick and they give you power of attorney, there we go. It's like she had the power of attorney over it. Like she had the okay, she had the say so.
Q. Okay. Do you know what specifically if anything she did?
A. The wages part because all that had changed. They started giving us papers and stuff to sign and stuff. When I originally got hired they took a photo, I'm sorry, they took a copy of my driver's license and they had me to sign an independent contractor license agreement.

Page 32

Q. Okay.
A. And then after the -- I'm so hungry, excuse me. After being told about the owner being sick, that's when they started passing out papers saying that we can be paid and we can get tips and all that and explaining that to us, but that didn't happen until she stepped in.
Q. Explain to me, when you say you could get paid and you can tips --
A. Meaning that we can get a paycheck while working as an entertainer.
Q. Okay. And did you choose to get a paycheck?
A. I did, but I never got it.
Q. So you actually told somebody you wanted to --
A. They gave us documents. It was papers for us to sign and I signed it. What happened to that paperwork I have no idea.
Q. So you signed paperwork where the King of Diamonds gave you the option --
A. Yes sir.
Q. -- of receiving a paycheck for wages --
A. Correct.
Q. -- and to keep your tips as well, is that

Choice - United

f034c49f-c277-44c1-b448-1d9798bd8ae1

Page 33

what you said?
A. Correct. I can't remember off the top of my head, but -- because it was a lot of words in the document, but it was basically like doing the 10% at the end of the night. You know how waitresses that work at a restaurant, it was the balancing of the wages is how they were explaining it to us. You know how waitresses, they get a pay-check. It might not be much, but they get a pay-check and they still get to keep their tips. That's how it was explained to us.
Q. Like to pool the tips together and then split them, is that what you're kind of saying?
A. No. When you're a waitress at a restaurant you keep every tip you get, but at the end of the week you still get a paycheck. It might be like $5, but you still get a paycheck.
Q. In other words, you were given the option, at least paper-wise --
A. Correct.
Q. -- to be paid a minimum wage as a tipped employee?
A. Correct.
Q. And that was under Teri Galardi's, that you believe Teri Galardi's watch?

Page 34

A. Correct.
Q. All right. And you say you filled out that paperwork, but you never received a paycheck?
A. Never received a paycheck, but I did fill out the paperwork, because like I said it was at a club meeting we had.
Q. Okay.
A. I believe Disco Rick was the one that was over that meeting that day. He was the man that was on a microphone all the time.
Q. And you don't know when that meeting was then?
A. It was in -- I have the screenshot. Because I was taking pictures, I was bored. October 4, 2012. It says me and my friend (indiscernible) at KOD meeting October 4, 2012, and that's from my Instagram.
Q. Okay. Would you be kind enough to give a copy of that picture or whatever that is that you're looking at, to your lawyer who can then give it to us?
MS. GABBE: Yeah. I mean I'm not under-standing in 2012 --
THE WITNESS: Hmm?
MS. GABBE: I'm not understanding --

Page 35

THE WITNESS: No. We used to have meetings all the time.
MS. GABBE: Right. Her name is Xena Fox, that was her stage name. We got hired at the same time. We were at the meeting together.
MR. GABBE: My vision is --
THE WITNESS: It's okay.
MR. GABBE: Which one was you?
THE WITNESS: That's me with the hat and that's Xena Fox.
MR. GABBE: Okay. And that was at a meeting.
THE WITNESS: That was at a meeting on, it says October 4th.
MR. GABBE: And was there any particular --
MR. BRODSKY: Excuse me -- no, no, no, no, no. This is not your deposition. All I'm asking her is if she would be kind enough to give you a copy of what she's looking at so that you can give it to us.
MS. GABBE: Yeah.
MR. BRODSKY: That's all I'm asking.
MR. GABBE: I mean you can have the pictures, that's fine.
MR. BRODSKY: That's all I'm asking.

Page 36

BY MR. BRODSKY:
Q. Are there any other pictures that you possess that you think are relevant to your claim?
A. When I changed my life I kind of deleted a lot of them, because I was like that's the past, but I have the meeting one and then I have the one that I had a KOD pole burn. They had a 50 inch pole and my leg got caught and I had a burn on it, and that's on September 29th of 2012. 2012 was my year. I was there a lot.
Q. Okay. And that would be the extent of the pictures that you have?
A. Yeah, that's all I have. Because I deleted the rest, and I have no problem with giving them to her.
Q. When do you think you can give them to her?
A. She can get it as soon as we get done with this.
MR. BRODSKY: Beautiful. And then would you kindly just forward them to us when you get done?
MR. GABBE: Well, I mean -- okay. Allow me to explain.
MR. BRODSKY: I'm sorry?

Page 37

    MS. GABBE: I don't know what I'm going to do with the pictures. I'm not even sure how I'm going to receive them. My knowledge of technology is less than -- it's not good. So I mean if we can print it here and you could have a paper copy --
    MR. BRODSKY: If I give you an e-mail address right now, can you e-mail it to that e-mail address?
    MR. GABBE: And copy me on my --
    THE WITNESS: I did it again. Yes sir.
    MS. GABBE: And copy me and that would be acceptable, because I'm not techy.
    MR. BRODSKY: All right. So here. So do it right now please.
    THE WITNESS: So if you can write it down I can get it done quicker.
    MR. BRODSKY: This is all one word, okay? I'm writing it separately.
    THE WITNESS: Okay.
    MR. BRODSKY: And what is your e-mail address? You got about six of them.
    MR. GABBE: astridgabbe@aol.com.
    MR. BRODSKY: So why don't you take a moment to do that and that way we can verify

Page 38

that it comes through --
    THE WITNESS: Okay.
    MR. BRODSKY: -- on both of those. While you're doing that we're going to take a quick break.
    THE WITNESS: Okay.
    (Thereupon a break was taken)
BY MR. BRODSKY:
    Q. All right. I didn't ask you this, what is your current address?
    A. Mailing address or where I live?
    MR. TOBIN: Where you live.
    THE WITNESS: 1345 Turkey Run Lane.
BY MR. BRODSKY:
    Q. Is that separate words?
    A. Yes sir.
    Q. Turkey --
    A. Run Lane.
    Q. R-u-n?
    A. (No verbal response).
    Q. R-u-n, run, like run?
    A. Yes.
    Q. Okay.
    A. Memphis, Tennessee 38116.
    Q. And I'd also ask you for your phone

Page 39

number. We will not contact you by phone regarding this case, but maybe at some point in the future, if we need to contact you on an unrelated matter, we'd like to be able to do so.
    A. Okay. 901-364-5262.
    MR. BRODSKY: Sorry. Excuse me, I forgot your water.
    THE WITNESS: Thank you so much.
    (Thereupon a break was taken)
BY MR. BRODSKY:
    Q. Back on the record.
    A. Okay.
    Q. You talked about your allegation that you danced from March 2012 to December 2014. Other than your testimony do you have any other documentation which would substantiate that?
    A. I filed taxes as self-employed.
    Q. For what years?
    A. Every year that I danced.
    Q. Okay.
    A. I've always filed taxes.
    Q. And on those taxes did you I'm sure deduct those expenses that you had to pay?
    A. Yes sir.
    Q. And just so we're clear, we're talking

Page 40

about the makeup, the hairspray, the DJ, the house mom, security, and the 10% you deducted from your taxes as being self-employed, right?
    A. Including the travel expenses also.
    Q. Okay. And let me ask you this, did you declare all of the income or tips that you received, excuse me, not income, tips that you received while dancing at the King of Diamonds on your tax returns?
    A. To my knowledge, yes.
    Q. Okay. How were you paid?
    A. Cash.
    Q. And you declared all that cash on those tax returns?
    A. I used to have like -- what is that thing called? I can't remember nothing. I think it's the baby. I'm just having memory loss. It was like a log. My uncle does taxes, and he showed me how to log in my cash and keep up with it, because he's the one that did my taxes for me. He did every year my taxes. So I don't remember what the log is called. I'm pretty sure he might still have it. I'm not for sure.
    Q. Would you kindly -- do you have copies? The only tax returns I'm interested in are 2012,

Page 41

1  2013 and 2014.
2     A.  The IRS has them, but I can request them.
3     Q.  No. You don't have them?
4     A.  Probably at home.
5     Q.  Would you double-check --
6     A.  When I get home.
7     Q.  -- and if you have them, send them to your
8  lawyer who will then send them to us.
9     A.  Okay.
10    Q.  And then you can contact your uncle who
11 does taxes. He may have them?
12    A.  It's a family thing, but I will look
13 through my records. If I don't have it in my
14 records I can get it from the IRS.
15    Q.  And you will do that?
16    A.  Yes sir.
17       MR. GABBE: May I interject? I thought you
18 had all the tax information from us.
19       MR. BRODSKY: Not on her.
20       MR. GABBE: No?
21       MR. BRODSKY: (No verbal response).
22       THE WITNESS: May I say something?
23       MR. BRODSKY: Certainly.
24       THE WITNESS: You should have it, because I
25 told they can pull my tax information like

Page 42

1  last year. So you should have it. If not I
2  will give them a call at the office. Because I
3  gave that okay for them to contact the IRS and
4  pull my tax --
5  BY MR. BRODSKY:
6     Q.  But you seem to think you may have them.
7     A.  I might have them because I try to keep up
8  with stuff like that. My mom told me that's some-
9  thing you should always keep up with.
10    Q.  Good for you. And she's right, she gave
11 you good advice.
12    A.  So I might have them myself, but all I'm
13 saying is, on my attorney's behalf I gave them the
14 okay to pull it from the IRS. So they should have
15 that also.
16       MR. BRODSKY: All right. Let's take --
17 we're just about done.
18       THE WITNESS: Okay.
19       MR. BRODSKY: Let's take a minute, all
20 right?
21       (Thereupon a break was taken)
22 BY MR. BRODSKY:
23    Q.  Are you aware that the club, King of
24 Diamonds, was sold in July of 2014?
25    A.  I'm aware that the club was sold, but I

Page 43

1  don't remember the actual date, because now the
2  club is franchised.
3     Q.  You may think that, but regardless I'm
4  not, that's not what I'm talking about. I'm talking
5  about, I'm representing to you -- strike that. You
6  know the club was sold, right?
7     A.  I know it was sold and I know it was
8  franchised, because I have a partner that owns one
9  in Dallas, but go ahead.
10    Q.  All right. Forget about the franchise for
11 now.
12    A.  Okay.
13    Q.  I'm talking about when it was sold.
14    A.  Correct.
15    Q.  You know it was sold, right?
16    A.  Correct.
17    Q.  And you continued dancing after the club
18 was sold initially?
19    A.  Correct, because they were still open.
20    Q.  And there was new ownership that came in
21 when it was sold?
22    A.  Not to my knowledge, because the staff was
23 still the same. You still had the same people at
24 the front door, you had the same security, you had
25 the same guy on the microphone, you had the same

Page 44

1  DJ. So I didn't really notice a difference being an
2  employee because the staff was still the same.
3     Q.  Okay. If it turns out that Teri Galardi
4  sold the King of Diamonds in July of 2014, would
5  you agree with me that your claim against her, Teri
6  Galardi, would have ended when she sold the club in
7  December, excuse me, in July of 2014?
8     A.  Legally that makes sense. If she's no
9  longer the owner then she's not responsible for it.
10    Q.  Okay.
11       MR. GABBE: Objection on one day. There is
12 no question --
13       MR. BRODSKY: Just object to form.
14       MS. GABBE: There's no question as far as
15 that's when our claim ends.
16       MR. BRODSKY: Well, your client testified
17 that she's seeking damages through December of
18 2014, that was her testimony. That's why I
19 asked the question.
20       THE WITNESS: Right.
21       MR. GABBE: Oh, sorry.
22       MR. BRODSKY: All right.
23       THE WITNESS: Correct.
24       MS. GABBE: Hold on.
25       MR. BRODSKY: Give me one second.

Page 45

```
 1        MS. GABBE: Let me look at this.
 2        MR. BRODSKY: Let's go outside.
 3        (Thereupon a break was taken)
 4   BY MR. BRODSKY:
 5     Q.  All right. Just a couple more questions
 6   and we're done.
 7     A.  Can we go back to your last question?
 8        MS. GABBE: We clarified what was going on,
 9   because the December -- we filed for 26 hours,
10   but she continued to work on your other
11   people, so we didn't ask for it.
12        MR. BRODSKY: I'm fine for that.
13        MS. GABBE: So we're okay.
14   BY MR. BRODSKY:
15     Q.  All right. So couple more questions and
16   we're done.
17     A.  Okay.
18     Q.  Can you tell me sitting here today the
19   approximate amount of income you declared on your
20   2012, '13 and '14 tax returns?
21     A.  No I cannot sir.
22     Q.  Okay. And earlier I asked you whether you
23   could dance at other clubs if you chose to and you
24   said you could, but you didn't.
25     A.  No, I did. I was a traveling entertainer.
```

Page 46

```
 1     Q.  I'm talking about while working at King of
 2   Diamonds.
 3     A.  Yes sir I did.
 4     Q.  Oh, so you did work at the other clubs?
 5     A.  Yes sir.
 6     Q.  Tell me about the other clubs you worked
 7   at.
 8     A.  The main club that I worked at and that's
 9   the reason why I did file self-employment was in
10   Birmingham, Alabama, and in Alabama you have to
11   have a (indiscernible) license. I had to go to the
12   courthouse and get what's called -- it wasn't a
13   vendor's license. What was it called. I can't
14   remember what the license was called, but you had
15   to renew it yearly and I was a licensed
16   entertainer. So that's how I filed my taxes. So it
17   was the club in Birmingham and it was King of
18   Diamonds. Those were the two clubs I worked at in
19   between each other.
20     Q.  Okay. And you could have worked at other
21   clubs if you chose to, right?
22     A.  Correct.
23     Q.  Why did you limit it, your dancing, during
24   the time we're talking about, to dancing at the
25   King of Diamonds and the club you're talking about
```

Page 47

```
 1   in Birmingham?
 2     A.  Those were the two clubs to be in back in
 3   those times.
 4     Q.  Meaning you made the most money?
 5     A.  That's where I made my money at, simple
 6   and plain. That was the place to be, yes sir.
 7     Q.  What was the name of the club in
 8   Birmingham?
 9     A.  The Palace Gentlemen's Club.
10        MS. GABBE: The what?
11        THE WITNESS: The Palace Gentlemen's Club.
12   There's a couple of girls that work, they came
13   to Diamonds. They came from the Palace with
14   me. There were a couple of girls. There were a
15   couple of girls that came from Birmingham that
16   worked at King of Diamonds with me.
17        MR. BRODSKY: We have no further questions
18   unless your lawyer does.
19        MR. GABBE: Actually I do not. It was
20   pretty straight forward. I'm fine.
21        MR. BRODSKY: You want to explain to her
22   about reading or waiving?
23        MR. GABBE: We're going to waive.
24
25
```

Page 48

```
 1        (Reading and subscribing waived.)
 2        (Thereupon the taking of the deposition was
 3   concluded.)
 4
 5              - - -
```

Page 49

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, the undersigned authority, certify that MARLEKA WILLIAMS personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 20th day of August 2021.

JEFFREY M. GOLDSTEIN
Notary Public - State of Florida
My Commission Expires: 02/29/24
Commission No. GG 955442

Page 50

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, JEFFREY M. GOLDSTEIN, Registered Professional Reporter, certify that I was authorized to and did stenographically report the deposition of MARLEKA WILLIAMS; that a review of the transcript was not requested; and that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

DATED this 31st day of August 2021.

JEFFREY M. GOLDSTEIN, R.P.R.

**A**
**a.m** 1:18,18 3:8,10 10:22
**able** 13:15 39:4
**acceptable** 15:1 37:13
**accessories** 9:20
**action** 50:19,20
**actual** 16:12 43:1
**addition** 11:15 23:24
**address** 3:18,25 37:8 37:9,22 38:10,11
**advice** 42:11
**ago** 7:8
**agree** 44:5
**agreement** 3:7 31:25
**ahead** 43:9
**al** 1:8 5:4
**Alabama** 46:10,10
**allegation** 39:13
**allow** 6:1 36:23
**allowed** 22:14
**amount** 20:18 21:4 45:19
**Angela** 1:8 5:4
**answer** 4:21 5:18 6:2 6:17 11:5 20:20 26:5 27:9,17,18
**apologize** 3:17,19,20 3:22 13:22 14:22 18:25 21:7
**APPEARANCES** 2:1
**appeared** 49:8
**approximate** 45:19
**approximately** 3:10
**approximation** 21:4
**arrested** 7:6,13,18
**arrived** 3:9
**artist** 14:9,23
**artists** 11:23,25
**aside** 29:11 30:15
**asked** 16:21,21 19:17 44:19 45:22
**asking** 6:5,7,7 20:17 24:16 26:4 28:19 35:18,22,25
**ASTRID** 2:2,4
**astridgabbe@aol.c...** 37:23
**attorney** 31:15,16 50:16,18
**attorney's** 42:13

**August** 1:18 49:13 50:22
**authority** 49:7
**authorized** 50:10
**average** 19:23,24 20:16 21:13
**aware** 42:23,25
**awoke** 26:14

**B**
**baby** 40:17
**back** 10:11 16:17 18:14 24:15 31:5 39:11 45:7 47:2
**bad** 27:11
**balancing** 33:7
**Ballpark** 12:5
**bank** 21:8
**basically** 14:8 23:1 33:4
**basis** 30:18
**Beach** 3:19
**Beautiful** 36:20
**beginning** 22:10
**behalf** 2:4,10 42:13
**believe** 19:15,15 24:14 33:25 34:8
**best** 6:11
**better** 23:13
**Birmingham** 46:10 46:17 47:1,8,15
**birth** 7:1
**bit** 9:21
**black** 29:23
**bored** 34:14
**bother** 17:3
**Boulevard** 1:17 2:6
**Box** 2:3
**Boxing** 20:7 23:4
**brain** 27:15
**break** 38:5,7 39:9 42:21 45:3
**BRODSKY** 2:8,25 3:5,15 4:7 6:4 7:3,5 8:1 10:16 11:5,8,11 11:14 25:16 26:4,7 35:16,22,25 36:1,20 36:25 37:7,14,18,21 37:24 38:3,8,14 39:6,10 41:19,21,23 42:5,16,19,22 44:13 44:16,22,25 45:2,4

45:12,14 47:17,21
**building** 10:1
**burn** 36:7,8

**C**
**call** 24:10 29:25 42:2
**called** 3:3 20:7,8 40:16,22 46:12,13 46:14
**case** 1:5 4:17 5:3,23 8:3,11 23:17 24:5 25:25 26:1,2,6 39:2
**cash** 40:12,13,19
**caught** 36:8
**cause** 1:25
**caused** 21:24
**certain** 4:14 14:14 16:6
**Certainly** 41:23
**CERTIFICATE** 49:1 50:1
**certify** 49:7 50:9,15
**changed** 22:2,4 31:21 36:4
**charge** 16:11
**check** 32:13 33:9,10
**choose** 32:12
**chose** 13:13 14:17 45:23 46:21
**claim** 8:3,24 36:3 44:5,15
**claimant** 3:8,9 4:17
**claiming** 8:4,11
**clarified** 45:8
**clear** 6:12 39:25
**client** 44:16
**closed** 10:21
**club** 14:13 15:5,7 19:9 22:12 23:14 24:2 28:21,23 29:15 29:17 30:20,24 34:6 42:23,25 43:2,6,17 44:6 46:8,17,25 47:7,9,11
**clubs** 22:14 29:10 45:23 46:4,6,18,21 47:2
**coffee** 26:12,13,13
**college** 22:3
**come** 9:24 14:10
**comes** 38:1
**commence** 3:7

**Commission** 49:21,22
**complete** 50:13
**concluded** 48:3
**connected** 50:18
**considered** 23:1
**consigned** 30:20
**contact** 39:1,3 41:10 42:3
**continue** 10:24,25 11:6,7
**continued** 43:17 45:10
**contractor** 31:25
**copies** 40:24
**copy** 31:23 34:19 35:19 37:6,10,12
**Coral** 1:17 2:7
**correct** 4:1,3 5:5,6,12 6:17,25 8:16,17 9:2 23:15 24:6 25:8,15 32:24 33:2,20,23 34:1 43:14,16,19 44:23 46:22
**correctly** 14:15
**counsel** 3:8 50:16,18
**COUNTY** 49:4 50:5
**couple** 45:5,15 47:12 47:14,15
**course** 25:1
**court** 1:1 3:13 5:21 7:22
**courthouse** 46:12
**curl** 16:4,4
**curled** 17:1,22 18:1
**curls** 15:23,25 16:9 16:15,22
**current** 38:10
**customers** 20:9

**D**
**D** 2:16
**daily** 30:17
**Dallas** 43:9
**damages** 8:11,24 23:17 44:17
**dance** 13:25 17:6 21:24 22:10 45:23
**danced** 10:2 11:19 17:9 22:7 24:11 39:14,19
**dancer** 9:9
**dances** 20:5,5,12,12

**dancing** 8:16 18:23 19:2 20:3 21:5 22:9 22:15 27:5 40:8 43:17 46:23,24
**Dania** 3:19
**date** 7:1 25:22 43:1
**DATED** 50:22
**dates** 30:6 31:4
**daughter** 29:4,21
**day** 10:2 13:8 34:9 44:11 49:13 50:22
**Daya** 5:11
**days** 18:11 23:1,2,6,8 23:9,13,13
**de** 1:17 2:6
**deal** 5:14
**December** 8:12,13,14 8:25 9:6 17:16 20:16 21:1,3,23 22:6 25:1 27:22,23 28:15 39:14 44:7,17 45:9
**decided** 23:12
**declare** 40:6
**declared** 40:13 45:19
**deduct** 39:22
**deducted** 40:2
**Defendant** 1:12 2:10 3:3
**define** 31:7
**deleted** 36:4,13
**depends** 12:18
**deposition** 1:20,25 3:6,11 4:10 6:22 11:1 35:17 48:2 50:1,11
**described** 20:15 27:17
**Diamonds** 8:16 9:7 14:4,5,24 15:11,20 16:19,25 17:9 19:2 19:4 20:4 21:6,25 22:9,12,15 27:1,5 27:21,25 28:14 30:17 32:21 40:8 42:24 44:4 46:2,18 46:25 47:13,16
**difference** 44:1
**different** 12:5
**difficult** 5:21
**DIRECT** 2:25 3:14
**Disco** 34:8

**Discussion** 7:4
**DISTRICT** 1:1,1
**DIVISION** 1:2
**DJ** 19:7,10,14 40:1
   44:1
**document** 5:13 33:4
**documentation** 39:15
**documents** 32:17
**doing** 9:6 22:4 33:4
   38:4
**dollars** 9:23,25 11:16
**door** 13:1,5 29:24
   43:24
**double-check** 41:5
**dressing** 10:9
**drinking** 26:12,13
**driver's** 31:24
**drunk** 31:5
**duly** 3:4,6 49:9

**E**

**E** 2:2,4,16
**e-mail** 37:7,8,9,21
**earlier** 9:21 45:22
**early** 10:6,12
**earn** 20:14,22
**earnings** 19:9
**employee** 8:5 28:21
   33:22 44:2 50:16,17
**employees** 29:17
**ended** 44:6
**ends** 44:15
**entertainer** 9:8 22:11
   32:11 45:25 46:16
**ESQ** 2:4,5,8,9
**et** 1:8 5:4
**event** 8:20
**everybody** 29:2 30:5
   31:1
**exact** 30:5
**EXAMINATION**
   2:25 3:14
**Examinations** 2:19
**excuse** 7:15 32:3
   35:16 39:6 40:7
   44:7
**expenses** 39:23 40:4
**Expires** 49:21
**explain** 8:3 9:16
   13:12 16:5 22:20
   32:8 36:24 47:21
**explained** 33:11

**explaining** 32:6 33:7
**extent** 36:11
**extra** 23:4
**eyelashes** 12:10

**F**

**face** 12:5,8
**face-to-face** 24:21
**faces** 27:12
**fact** 25:22
**fair** 25:9
**fake** 9:20
**family** 28:4 41:12
**far** 44:14
**father** 30:20
**fault** 11:13
**fee** 19:19
**fees** 18:16,19,20 19:1
   19:3,6 23:25
**file** 46:9
**filed** 1:25 39:17,21
   45:9 46:16
**fill** 34:4
**filled** 34:2
**financially** 50:19
**fine** 17:2 35:24 45:12
   47:20
**finish** 18:23
**first** 3:4 5:12 25:9
   26:10,16 28:8
**firsthand** 30:16
**five** 22:1
**fixed** 16:20 17:6
**flat** 16:8
**floor** 10:13 13:17
   17:7 20:6,11,13
**Florida** 1:1,17,24 2:3
   2:7 49:3,20 50:4
**follows** 3:4
**Forget** 43:10
**forgot** 39:6
**form** 44:13
**forward** 6:1 36:21
   47:20
**Fox** 35:3,10
**frame** 8:10 10:5
   17:22
**franchise** 43:10
**franchised** 43:2,8
**freely** 9:17
**friend** 34:15
**front** 5:8,9 29:24

   43:24
**further** 47:17 50:15
**future** 39:2

**G**

**GABBE** 2:2,4 4:5
   5:22 10:15 11:2,7,9
   11:13 25:15 26:3
   34:22,25 35:3,6,8
   35:11,15,21,23
   36:23 37:1,10,12,23
   41:17,20 44:11,14
   44:21,24 45:1,8,13
   47:10,19,23
**Gables** 1:17 2:7
**Galardi** 1:11 5:4 8:4
   24:8,20 27:21,24
   28:10,11,14 31:11
   44:3,6
**Galardi's** 30:16
   33:24,25
**gel** 16:10
**Gentlemen's** 47:9,11
**GERALD** 2:5,9
**getting** 3:10 5:12
   13:17 16:12
**GG** 49:22
**girl** 23:2
**girls** 9:19 14:10,11,12
   24:13 28:24 47:12
   47:14,15
**give** 3:21 5:24 21:4
   31:15 34:18,20
   35:19,20 36:16 37:7
   42:2 44:25
**given** 33:18
**giving** 31:21 36:14
**go** 4:13 6:1 9:23
   10:25 12:9,11 15:25
   17:5,14 24:15 31:15
   43:9 45:2,7 46:11
**goes** 4:14
**going** 4:22 6:15,16,17
   13:20 14:10,12
   16:17 17:4,23 18:2
   25:23 28:24 31:1
   37:1,3 38:4 45:8
   47:23
**Goldstein** 1:22 49:19
   50:8,25
**good** 15:16,17 17:2
   17:11,11,14 20:19

   23:18 37:4 42:10,11
**gorgeous** 18:1
**gossip** 29:10,11,13
**govern-** 29:24
**graph** 27:14
**great** 27:12
**ground** 24:15
**guidelines** 4:14
**guy** 43:25
**guys'** 3:18

**H**

**hair** 10:8 12:15,15
   15:15,16,17,18
   16:16,19,23,24 17:6
   17:10,22,25 18:14
**hairdresser** 17:5
**hairdressers** 11:22
   11:24 17:13
**hairspray** 40:1
**hand** 49:12
**happen** 32:7
**happened** 21:23 26:9
   26:10 29:14 32:18
**happening** 28:3
**happens** 29:10
**hard** 16:5
**hat** 35:9
**hate** 28:16
**head** 16:7,12 17:1
   33:3
**hear** 10:24 11:15
**heard** 9:12 30:15
   31:10
**hearsay** 30:25
**held** 7:4
**high** 19:19
**hired** 8:19 31:22 35:4
**Hmm** 34:24
**Hold** 44:24
**Hollywood** 2:3
**home** 41:4,6
**honest** 31:6
**honestly** 25:4
**hour** 9:24 26:12
**hours** 45:9
**house** 12:1 14:10,12
   15:6 19:8,11,16,17
   23:2 40:1
**HOWARD** 2:8
**hundred** 9:23,25
   11:16

**hungry** 29:22 32:2
**husband** 31:14

**I**

**idea** 32:19
**identified** 13:8 18:17
**inch** 36:7
**incident** 17:24
**including** 23:23 40:4
**income** 40:6,7 45:19
**independent** 31:25
**indiscernible** 34:15
   46:11
**individual** 12:4
**information** 5:10
   41:18,25
**initially** 43:18
**inside** 28:21 30:24
**Instagram** 34:17
**interested** 40:25
   50:19
**interject** 41:17
**interjection** 5:23
**interrupt** 26:3
**involved** 15:10
**involvement** 30:17
**iron** 16:8
**IRS** 41:2,14 42:3,14
**issue** 15:22
**it'd** 9:23
**itchy** 18:15

**J**

**J** 2:5,9
**Jack** 28:10
**Jeffrey** 1:22 49:19
   50:8,25
**jewels** 12:10
**job** 22:3
**July** 42:24 44:4,7

**K**

**keep** 5:14 32:25
   33:10,15 40:19 42:7
   42:9
**keeps** 18:14
**kind** 33:13 34:18
   35:18 36:4
**kindly** 36:21 40:24
**King** 8:16 9:6 14:4,5
   14:23 15:10,19
   16:19,24 17:9 19:2
   19:3 20:4 21:5,24

22:9,12,15 26:25
 27:5,21,25 28:14
 30:17 32:20 40:8
 42:23 44:4 46:1,17
 46:25 47:16
**knew** 29:2,5,5 31:1
**know** 4:17 6:6,8
 16:10 17:13 24:16
 25:2,24 27:7,20,24
 28:5,13 29:7,24
 30:2,3,7,9,11,13
 31:3,18 33:5,8
 34:11 37:1 43:6,7,7
 43:15
**knowledge** 7:19 24:9
 24:18 28:18,20
 29:12,14 30:16,19
 30:21,22 37:3 40:10
 43:22
**KOD** 34:16 36:7

### L

**ladies** 14:8
**lady** 15:6 29:23
**Lane** 38:13,18
**language** 7:15
**lap** 20:5,12
**Large** 1:24
**LAW** 2:2
**lawyer** 3:25 34:20
 41:8 47:18
**leave** 20:20
**leaving** 16:22
**leg** 36:8
**Legally** 44:8
**Leon** 1:17 2:6
**let's** 6:22 7:11 20:22
 20:23 24:15 42:16
 42:19 45:2
**license** 31:24,25
 46:11,13,14
**licensed** 46:15
**life** 22:3,5 36:4
**light** 12:5,8,8
**limit** 46:23
**literally** 21:7 30:14
**little** 9:20 16:6,6,11
 16:11
**live** 38:11,12
**log** 40:18,19,21
**long** 7:8 14:11 15:16
 17:23 24:11

**longer** 21:24 44:9
**look** 14:8,14 15:16,17
 41:12 45:1
**looked** 17:2,25
**looking** 34:20 35:19
**loss** 40:17
**lot** 26:25 27:1 28:23
 29:10 31:5 33:3
 36:5,10
**loud** 4:21

### M

**M** 1:22 49:19 50:8,25
**Mailing** 38:11
**main** 14:9 22:12 23:3
 29:21,22 46:8
**makeup** 10:8 11:23
 11:25 12:8,13 13:13
 13:24 14:5,9,11,13
 14:15,20,20,23 15:8
 40:1
**making** 5:10 21:8,11
 23:7,8
**man** 34:9
**mandatory** 13:10
 14:19 15:13
**March** 8:12,13,18,21
 8:22,25 9:5 17:16
 20:16,23 22:10 25:1
 27:22,22,23 28:15
 39:14
**marijuana** 7:15,20
**marks** 10:7 18:9
**Marleka** 1:20 2:23
 3:2 4:9 6:24 49:8
 50:11
**matter** 39:3
**mean** 13:12 15:4,7
 31:9 34:22 35:23
 36:23 37:5
**meaning** 12:8 31:12
 32:10 47:4
**means** 31:8
**mediation** 25:7,14,18
 26:15
**mediations** 25:21
 27:18
**meeting** 24:11,12
 28:2 30:4 34:6,9,11
 34:16 35:5,12,13
 36:6
**meetings** 35:1

**memory** 26:18 27:13
 40:17
**Memphis** 38:24
**ment** 29:25
**messing** 26:10
**met** 24:7,20
**Miami** 1:2 17:13
**MIAMI-DADE** 49:4
 50:5
**microphone** 34:10
 43:25
**Milner** 1:8 5:4
**minimum** 9:12,24
 23:24 24:5 33:21
**minor** 16:11
**minute** 42:19
**model** 14:14
**mom** 12:1 19:8,11,16
 19:17 40:2 42:8
**moment** 37:25
**Monday** 20:7 23:3
**Mondays** 20:7 23:4
**money** 8:8 12:2 20:3
 20:8,10,12,13,14
 21:5,9 23:16 47:4,5
**morning** 3:25 11:10
 13:23
**mother** 22:2

### N

**N** 2:16
**name** 3:16 4:8 6:24
 28:2,8,9,12 29:5,6
 29:19,25 35:3,4
 47:7
**named** 5:5
**names** 27:12
**need** 16:10 39:3
**never** 8:6,6 22:16
 23:21,21 29:5 32:14
 34:3,4
**new** 43:20
**night** 8:9 12:24 19:24
 20:7 21:11,12,14
 23:3 27:3,14 33:5
**nightly** 20:17
**nights** 21:8,9
**Nope** 13:6
**normally** 9:21
**Notary** 1:23 49:20
**notes** 50:14
**notice** 1:24 44:1

**noticed** 3:6
**nude** 9:9
**number** 23:23 39:1

### O

**oath** 6:20 49:1
**object** 5:23 44:13
**objection** 6:1 44:11
**October** 34:14,16
 35:14
**office** 2:2 42:2
**official** 49:12
**officially** 8:22
**Oh** 44:21 46:4
**okay** 3:5 4:4,15,16,24
 5:1,2,14,17,19,20
 6:2,3,5,8,9,13,21
 7:16 8:10,15 9:5,9
 9:14,19 11:12 12:20
 16:23 17:8,21 18:13
 19:14 20:14,21
 21:16 22:18,24 24:7
 24:17 25:3,20 26:8
 26:15,21 27:20
 28:10,20 29:9 30:22
 31:3,17,18 32:1,12
 34:7,18 35:7,11
 36:11,23 37:18,20
 38:2,6,23 39:5,12
 39:20 40:5,11 41:9
 42:3,14,18 43:12
 44:3,10 45:13,17,22
 46:20
**old** 22:1
**open** 9:22 43:19
**opened** 10:20
**option** 32:21 33:18
**original** 16:18
**originally** 8:19 31:22
**outside** 16:19 45:2
**overseer** 30:19 31:13
**owed** 24:2
**owned** 27:21
**owner** 29:4,20 30:2
 31:11 32:3 44:9
**owners** 28:22
**ownership** 43:20
**owns** 43:8

### P

**P.A** 2:2
**p.m** 10:22,23
**P.O** 2:3

**page** 2:19 6:12 27:20
**paid** 8:5,7 9:11 17:19
 23:25 32:5,9 33:21
 40:11
**Palace** 47:9,11,13
**paper** 5:7 37:6
**paper-wise** 33:19
**papers** 28:4 31:21
 32:4,17
**paperwork** 32:19,20
 34:3,5
**paralegal** 4:5
**part** 31:20
**particular** 35:15
**parties** 3:7 50:17
**parties'** 50:18
**partner** 43:8
**passing** 32:4
**pay** 9:14,25 11:16,22
 11:23 12:2,4,23
 13:4 15:25 16:25
 17:10,21 18:17,21
 19:2,3,5,7,7,8,14,20
 22:22,23 23:4,5,14
 39:23
**pay-** 32:12 33:8,9
**paycheck** 8:7 23:21
 23:22 32:10,23
 33:16,17 34:3,4
**payment** 11:16
**payments** 13:7,10
**people** 12:2 20:8
 27:11 28:24 29:1,23
 30:25 43:23 45:11
**percentage** 17:8
**period** 18:8 22:22
**personally** 24:21 29:2
 49:8
**phone** 38:25 39:1
**phones** 11:3,10
**phonetic** 5:11
**photo** 31:23
**photo-** 27:13
**photogenic** 27:13
**pick** 23:9
**picture** 27:4,6,16
 34:19
**pictures** 26:23,25
 27:1,2 34:14 35:24
 36:2,12 37:2
**piece** 5:7
**pile** 20:11

place 47:6
plain 47:6
plaintiffs 1:9 2:4 5:5
please 3:16 4:8 18:24
    22:20 37:15
point 31:10 39:2
pole 36:7,7
policy 14:3
Ponce 1:17 2:6
pool 33:12
possess 36:3
possessing 7:20
possible 4:15
power 31:15,16
predominantly 16:15
pregnant 22:1
present 3:9 22:7
pretty 15:3,4,8 21:18
    40:22 47:20
print 37:5
prior 22:9 25:12,14
    26:15
probably 5:25 24:10
    41:4
problem 36:14
procedure 6:15
professional 1:23
    14:21,22 50:9
professionals 15:9
Public 1:23 49:20
pull 41:25 42:4,14
pursuant 1:24
put 4:14 28:6
Putting 29:11 30:15

          Q
question 5:16,18 6:16
    16:18,20 18:24
    20:19,21 26:5 44:12
    44:14,19 45:7
questions 6:14 45:5
    45:15 47:17
quick 38:4
quicker 37:17

          R
R-u-n 38:19,21
R.P.R 50:25
Rain 20:8,12
reading 47:22 48:1
ready 3:11 10:12,25
real 22:2
realistic 21:4

really 7:7 8:21,22
    17:12 23:6 25:10
    44:1
reason 46:9
recall 21:10
receive 37:3
received 8:6,7 20:15
    21:5 23:21,22 34:3
    34:4 40:7,8
receiving 32:23
recollection 26:22
record 3:5 7:3,4 8:21
    39:11 50:13
records 41:13,14
reflect 3:5
refresh 26:21
regard 16:16
regarding 39:1
regardless 43:3
Registered 1:22 50:8
relative 50:16,17
relevant 36:3
remember 13:20
    17:25 18:2 19:18
    25:5,22 27:2,14
    28:1,8,8,12 29:8
    30:10,12,14 31:4,6
    33:2 40:16,21 43:1
    46:14
renew 46:15
Rephrase 20:21
report 50:10
reporter 1:23 3:13
    5:21 7:22 50:9
REPORTER'S 50:1
representing 43:5
request 41:2
requested 50:12
response 38:20 41:21
responsibility 3:20
    28:22
responsible 44:9
rest 36:14
restaurant 33:6,14
returns 40:9,14,25
    45:20
review 50:11
Rick 34:8
right 4:18 5:15 6:18
    6:19,23,24 8:2 9:3
    10:11 12:12,14,17
    12:25 16:3 21:21

27:10 28:13 30:2,3
    34:2 35:3 37:8,14
    37:15 38:9 40:3
    42:10,16,20 43:6,10
    43:15 44:20,22 45:5
    45:15 46:21
room 10:10 14:11
rooms 11:23,24
rounded 23:20
rules 24:1,15
rumors 28:16,17
run 38:13,18,21,21

          S
salary 8:6
saw 25:6,10 26:17
    27:4,6
saying 3:24 5:1 10:3
    16:14 28:5 29:13
    32:5 33:13 42:13
says 34:15 35:14
schedule 22:18 23:7,8
screenshot 34:13
seal 49:12
second 26:11 44:25
seconds 5:24
security 9:22 19:8,11
    19:19,20 28:24 40:2
    43:24
see 5:7 7:11 9:10
    27:16
seeking 23:16 24:2,4
    44:17
seen 24:24,25 25:12
self-employed 39:17
    40:3
self-employment 46:9
send 17:4,4 41:7,8
sense 23:10 44:8
separate 38:15
separately 37:19
September 8:19 36:9
set 22:18
settle 25:25
settled 25:25
settlement 25:24
short 27:9
show 27:13
showed 40:18
sick 28:23 29:4,20
    30:3 31:11,14 32:4
side 19:18

sign 28:5 31:22,24
    32:18
signed 32:18,20
simple 47:5
single 18:6,8,11
sir 4:12 7:17,19,25
    9:4,15 10:4,6,11
    11:20 12:3 13:3,9
    13:11 14:2,25 15:3
    15:12,14,21,23 17:2
    17:15,18,20 18:4
    21:2,19,22 22:8,11
    22:17 23:15 26:6,14
    26:20 27:8 32:22
    37:11 38:16 39:24
    41:16 45:21 46:3,5
    47:6
sitting 5:8,9 10:10
    26:12 45:18
six 17:11,14,19 18:11
    37:22
slow 23:1,2,6,8,9,12
small 16:6,7,11
smoking 7:15
smooth 4:15
sold 42:24,25 43:6,7
    43:13,15,18,21 44:4
    44:6
some- 29:25 42:8
somebody 32:15
son 22:2
soon 36:18
sorry 7:24,24 10:15
    11:9 13:22,23 14:21
    14:21 18:14,25 20:9
    21:2 23:19 29:8,13
    31:6,23 36:25 39:6
    44:21
SOUTHERN 1:1
speak 9:17
special 11:23,24
specifically 31:18
speculate 6:7
split 33:13
spoken 24:22
spray 10:7 11:25 12:1
    12:21 13:2 18:5,10
staff 28:25 43:22 44:2
stage 20:5,12 35:4
standard 13:16 14:7
    14:13 17:4
standing 20:10 34:23

start 3:11 6:15 8:21
    12:6 20:23
started 8:18,22 9:23
    12:9,15,19 16:12
    20:24 31:21 32:4
starts 16:2,8
state 1:24 3:16 4:8
    49:3,20 50:4
STATES 1:1
stay 26:14
stayed 10:20
stenographic 50:14
stenographically
    50:10
stepped 32:7
stepping 29:5
stop 22:4
straight 15:24 16:22
    18:1 47:20
stretch 10:7 18:9
strike 24:24 27:22
    43:5
strip 29:10
stuff 12:11 29:1 31:21
    31:22 42:8
styled 5:3
subscribing 48:1
substantiate 39:16
sure 5:10 10:12 11:4
    24:13 37:2 39:22
    40:22,23
surmising 23:11
sworn 3:4,12 6:20
    49:9

          T
table 20:5,12
take 5:21 37:24 38:4
    42:16,19
taken 1:22 4:10 38:7
    39:9 42:21 45:3
talk 13:20 29:22
talked 25:21,23 28:23
    30:5 39:13
talking 5:19 12:24
    25:17 29:13 30:25
    39:25 43:4,4,13
    46:1,24,25
tan 10:7 12:1,1,21
    18:10 29:25,25
Tangie 29:25
tardiness 3:17

| | | | | |
|---|---|---|---|---|
| **tax** 40:9,14,25 41:18 41:25 42:4 45:20 | **TOBIN** 2:5,9 38:12 | **wages** 9:12 23:18,24 24:3,5 31:20 32:23 33:7 | **work** 4:23 8:6 13:16 18:11 22:14,21,22 22:22,23,25 23:2,3 23:5,6,7,12,13 33:6 45:10 46:4 47:12 | **15** 16:9 |
| **taxes** 39:17,21,22 40:3,18,20,21 41:11 46:16 | **today** 3:7 5:3 6:6 29:22 45:18 | | | **18** 7:10 |
| | **told** 13:22 16:1 28:22 29:3,15,16,23 32:3 32:15 41:25 42:8 | **waitress** 33:14 | | **2** |
| | | **waitresses** 28:25 33:6 33:8 | | **20** 1:18 |
| **technology** 37:4 | **top** 27:15 33:2 | **waive** 47:23 | **worked** 8:9 13:8 18:11 21:20 22:13 23:20 26:11 28:25 29:1,17,24 46:6,8 46:18,20 47:16 | **20-23230-CIV-CA...** 1:5 |
| **techy** 37:13 | **total** 19:22 23:18 | **waived** 48:1 | | **2009** 7:11 |
| **Teenage** 7:7 | **touching** 18:14 | **waiving** 47:22 | | **2011** 8:20 |
| **teenager** 7:14 | **traffic** 4:6 | **walk** 9:25 10:9 23:14 | | **2012** 8:12,13,18,22 8:25 9:5 17:16 20:16,23 21:3 22:10 25:1 27:22,23 28:15 30:9 34:15,16,23 36:9,9 39:14 40:25 45:20 |
| **tell** 6:5,7,10 7:8 8:2 9:5 17:8 19:5,25 21:13 24:7 45:18 46:6 | **transcript** 50:12,13 | **walked** 16:24 18:18 | **working** 8:15,21,23 29:15 30:24 32:11 46:1 | |
| | **travel** 40:4 | **walking** 12:25,25 13:4 15:19 18:19,22 19:3 | | |
| | **traveling** 22:11 45:25 | | | |
| | **tried** 14:18 | | | |
| **telling** 14:3 15:2 23:11 28:3 | **true** 50:13 | **want** 5:23,25 16:7,8,9 18:1 22:21 23:9,12 25:25 28:5 31:13 47:21 | **works** 15:7 | |
| | **try** 4:13 13:18,25 42:7 | | **write** 37:16 | |
| **Tennessee** 38:24 | | | **writing** 37:19 | **2013** 30:11 41:1 |
| **Tequila** 31:5 | | | **wrong** 8:4 | **2014** 8:12,14 9:1,6 17:17 20:16 21:23 22:6 25:1 27:22,23 28:15 30:13 39:14 41:1 42:24 44:4,7 44:18 |
| **Teri** 1:11 5:4 8:4 24:7 24:20 27:21,24 28:14 30:16 31:10 33:24,25 44:3,5 | **trying** 19:18 25:20,24 | | | |
| | **Turkey** 38:13,17 | **wanted** 3:22 11:3 14:7 15:23 23:1 32:15 | **X** | |
| | **turned** 11:2 | | **x** 1:13 2:16 | |
| | **turns** 44:3 | | **Xena** 35:3,10 | |
| | **twice** 26:10 | **wasn't** 13:16 17:3 25:19 46:12 | | |
| **terms** 6:15 | **twins** 18:9 | | **Y** | |
| **testified** 3:4 44:16 | **two** 5:24 22:25 23:2,6 23:8,9 46:18 47:2 | **watch** 33:25 | **yeah** 5:13 15:8 21:17 23:20 27:2,12,14 34:22 35:21 36:13 | **2021** 1:18 49:13 50:22 |
| **testimony** 14:19 39:15 44:18 | | **water** 39:7 | | |
| | | **way** 3:19 5:20 15:24 17:18 20:22 23:16 24:5,25 27:6 28:7 37:25 | | **20s** 31:5 |
| **Thank** 11:8 39:8 | **U** | | **year** 22:1 26:9 36:9 39:19 40:20 42:1 | **20th** 49:12 |
| **Thereupon--** 3:1 | **Uh-huh** 4:22 | | | **240** 23:19 |
| **thing** 20:6 24:4 40:15 41:12 42:9 | **uh-uh** 4:22 | | **yearly** 46:15 | **240,000** 23:20 |
| | **Umm-hmm** 4:19 7:21 20:25 | **We'll** 5:14 | **years** 7:7 39:18 | **25** 12:6,9,13 15:25 16:9,25 19:15,15,18 |
| **things** 4:20 16:6,7,12 | | **we're** 4:25 5:3,19 6:12 13:20 27:20 38:4 39:25,25 42:17 45:6,13,16 46:24 47:23 | **yesterday** 25:6,17 | |
| **think** 6:6 11:10 36:3 36:16 40:16 42:6 43:3 | **unacceptable** 13:25 14:18 | | | **26** 45:9 |
| | **uncle** 40:18 41:10 | | **Z** | **280** 23:19 |
| | **under-** 34:22 | | **Zoom** 25:23 | **29th** 36:9 |
| **thought** 16:1 17:25 41:17 | **undersigned** 49:7 | **wearing** 12:10 | | |
| | **understand** 3:22 6:10 6:11 25:20 | **week** 18:12 33:16 | **0** | **3** |
| **thousand** 21:15,15 | | **wife** 31:14 | **02/29/24** 49:21 | **3** 2:23,24,25 |
| **throw** 20:9 | **understanding** 34:25 | **Williams** 1:20 2:23 3:2 4:9 6:24 49:8 50:11 | **04/26/1989** 7:2 | **31st** 21:3 50:22 |
| **till** 8:13 9:5 10:20 20:16 21:3 | **UNITED** 1:1 | | | **32** 7:12,13 31:4 |
| | **unrelated** 15:19 39:3 | | **1** | **33083** 2:3 |
| **time** 5:12 7:18 8:10 10:5,21 12:21 16:25 17:8,22 18:3,6,7,8 18:11 20:21 21:6,20 25:9 26:10,11,16 27:19 28:1 34:10 35:2,5 46:24 | | **witness** 3:3,12 6:3 7:24 26:6 34:24 35:1,7,9,13 37:11 37:16,20 38:2,6,13 39:8 41:22,24 42:18 44:20,23 47:11 49:12 | **10** 12:21 13:2 16:9 18:5 | **33146** 1:17 2:7 |
| | **V** | | **10%** 8:8 19:9,11,12 19:13,25 20:1,2 33:5 40:2 | **350** 23:5 |
| | **vendor's** 46:13 | | | **38116** 38:24 |
| | **verbal** 38:20 41:21 | | | |
| | **verify** 37:25 | | | **4** |
| | **versus** 5:4 | | **10:30** 3:10 | **4** 34:15,16 |
| | **visible** 18:10 | | **10:55** 1:18 | **4216** 2:3 |
| | **vision** 35:6 | | **11:55** 1:18 | **4551** 1:17 2:6 |
| **times** 17:12,14,19,21 30:1 47:3 | **vs** 1:10 | **woman** 16:5 | **12th** 27:22 | **4th** 35:14 |
| **tip** 16:11 33:15 | | **word** 31:12,13 37:18 | **13** 45:20 | |
| **tipped** 33:21 | **W** | **words** 26:16 27:4 33:3,18 38:15 | **1345** 38:13 | **5** |
| **tips** 19:17 32:5,9,25 33:10,12 40:6,7 | **wage** 33:21 | | **14** 45:20 | **5** 33:16 |
| | | | **14th** 17:18 | **5,000** 21:12 |

**50** 12:16,19 16:2,8,13
  17:10,19 19:22 36:7
**57,000** 23:18

### 6

### 7

### 8
**8** 10:17
**8:30** 10:18,19,20,22
**8:30ish** 9:22
**80** 12:9,11,13
**89** 7:11

### 9
**9:30** 3:8,18 4:2
**901-364-5262** 39:5
**955442** 49:22
**99** 7:11