UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23230-CIV-CANNON/Otazo-Reyes

**ANGELA MILNER, et al.,**

    Plaintiffs,

v.

**TERI GALARDI,**

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Defendant's Statement of Reasonable Costs and Fees (the "Statement") [ECF No. 117], filed on September 15, 2021. The Statement was submitted pursuant to the Court's Order Granting in Part Defendant's Second Motion for Sanctions and Dismissing Certain Plaintiffs [ECF No. 113 p. 4]. Under the Court's Scheduling Order [ECF No. 38], this matter was referred to Magistrate Judge Alicia M. Otazo-Reyes for a Report and Recommendation ("R&R"). On October 19, 2021, Magistrate Judge Otazo-Reyes issued an R&R [ECF No. 128] recommending that the Court grant Defendant's total requested amount of $1,435.00 as compensation for the costs incurred in filing its Second Motion for Sanctions [ECF No. 106]. The R&R also instructs the parties to file any objections within fourteen days of the R&R [ECF No. 128]. Plaintiff did not file any objections to the R&R or to the underlying Statement itself.

The Court has conducted a *de novo* review of the R&R [ECF No. 128], Defendant's Statement [ECF No. 117], and the full record in this case. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to

CASE NO. 20-23230-CIV-CANNON/Otazo-Reyes

be well reasoned and correct.  The Court therefore agrees with the analysis in the R&R and concludes that Defendant's total requested amount of $1,435.00 should be **GRANTED** for the reasons set forth therein.

    Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 128] is **ADOPTED**.

2. Defendant's requested amount of $1,435.00 in the Statement of Reasonable Costs and Fees [ECF No. 117] is **GRANTED**.  Plaintiffs shall pay the full amount within thirty (30) days of the entry of this Order.

3. Plaintiffs shall submit a Notice of Compliance with this Order in the Court record within five (5) days of payment to Defendant.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 4th day of November 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record