UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23230-CIV-CANNON/OTAZO-REYES

ANGELA MILNER, *et al.*,

    Plaintiffs,

v.

TERI GALARDI,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR ASTRIDE E. GABBE, ESQ. TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AMEERA BREWER, TIFFANY THOMPSON, AND RASHEEDAH MAYS

THIS CAUSE came before the Court upon counsel Astrid E. Gabbe, Esq.'s ("Attorney Gabbe") Motion for Leave to Withdraw as Counsel of Record ("Motion to Withdraw") [D.E. 185]. Upon due consideration, it is hereby ORDERED and ADJUDGED as follows:

- The Motion to Withdraw is GRANTED. Attorney Gabbe is permitted to withdraw as counsel of record for Ameera Brewer ("Brewer"), Tiffany Thompson ("Thompson"), and Rasheedah Mays ("Mays"), effective immediately.

- Brewer, Thompson, and Mays shall have 30 days from the date of this order to have new counsel enter an appearance or they will be deemed to be proceeding *pro se*.

- Attorney Gabbe shall immediately provide a copy of this order to Brewer, Thompson, and Mays and file a certificate of service.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>26th</u> day of May, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Aileen M. Cannon
Counsel of Record